IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. KRAUS, and | : | CIVIL ACTION |
| MARGARET M. KRAUS | : | |
| | : | |
| v. | : | |
| | : | |
| ALCATEL-LUCENT, et al. | : | NO. 18-2119 |

O R D E R

AND NOW, this 22d day of July, 2019, upon consideration of Plaintiffs' Motion to Compel Discovery from Space Systems/Loral ("SSL") and to Determine Liability for Philco Products, docketed in this case as Document No. 294, and the response thereto, it is hereby

ORDERED that the motion is GRANTED IN PART as follows:

**Interrogatory No. 3**: SSL shall submit an intelligible and detailed response which is compliant with the Court's suggestions in its attached Opinion of the same date;

**Interrogatory No. 4:** SSL shall supplement its response to include any information it has which would be responsive to this interrogatory, stating whether it has any relationship (present or past) at all with an asbestos-containing product; or whether no such relationship exists;

**Interrogatory No. 33:** SSL shall provide an intelligible and detailed response setting forth its reason for stating that this interrogatory is "not applicable" to it;

**Interrogatory No. 28:** SSL shall respond to this interrogatory to the extent that it pertains to material for which either SSL, or "any entity for which SSL is an alleged successor", including Philco, is responsible; and to the extent that the interrogatory is intelligible to SSL. Private or privileged material shall be identified by description, and the basis for the claim of privilege shall be specified;

**Interrogatory No. 38:** SSL shall respond to this interrogatory to the extent that it pertains to material for which SSL is aware that Plaintiffs contend SSL may be responsible, and for which SSL or any entity for which SSL is an alleged successor is responsible; and to the extent that the interrogatory is intelligible to SSL;

**Interrogatory No. 42:** SSL shall respond to this interrogatory with respect to any equipment as to which it concedes liability; if there is no such equipment, SSL should so state in an interrogatory response.

Please see the following page.

The Motion is otherwise DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE