IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. KRAUS, and <br> MARGARET M. KRAUS | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| ALCATEL-LUCENT, et al. | : | NO. 18-2119 |

O R D E R

AND NOW, this 25th day of July, 2019, upon consideration of Plaintiffs' Motion to Compel Discovery from Lockheed Martin and to Determine Liability from Exposures to Products and in Premises of Former GE Aerospace Division, docketed in this matter as Document No. 296, and the responses thereto, it is HEREBY ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED in the following respects:

Within 20 days of the date of this Order,

**Interrogatory No. 3:** Lockheed Margin shall answer subsection (i) of this interrogatory, identifying any subsidiary of predecessor which does not fall into the categories identified on page 4 of my Opinion of the same date. If no such subsidiaries or predecessors exist, Lockheed Martin shall so state in its answer;

**Interrogatory No. 6:** Lockheed Martin shall provide a complete answer to this interrogatory. If it does not know some of the requested information, it should so state in its answer;

**Interrogatory No. 13:** Lockheed Martin shall provide a more specific answer to this interrogatory, identifying dates and relevant communications;

**Interrogatory No. 22:** Lockheed Martin shall provide a full answer, setting forth its reason for stating that this interrogatory is "not applicable" to it;

**Request for Production of Documents No. 4:** Lockheed Martin shall provide documents responsive to this request, in so far as the documents requested pertain to asbestos-containing products set forth on the lists Plaintiffs have compiled and referred to as "Alphabetic List Cambria Electronic Equipt", or to any other asbestos-containing product Lockheed Martin knows to have been present on U.S. Navy ships between 1964 and 1967;

**Interrogatory No. 28:** Lockheed Martin shall answer this interrogatory, and shall specifically identify any items as to which it has no connection in a sworn response, and shall also specifically identify any other discovery request under which it claims such documents have already been provided;

**Interrogatory No. 38:** Lockheed Martin shall provide documents responsive to this request to the extent that it is intelligible, and shall specifically identify any other discovery request under which it claims such documents have already been provided;

**Interrogatory No. 42:** Lockheed Martin shall answer this interrogatory with respect to any equipment as to which it concedes liability; if there is no such equipment, Lockheed Martin shall so state in its answer;

**Interrogatory No. 43:** Lockheed Martin shall provide a full and complete answer to this interrogatory;

**Document Request No. 2:** Lockheed Martin shall produce documents in response to this request as it pertains to GE's Chestnut Street building;

**Document Request No. 3:** Lockheed Martin shall produce documents in response to this request as it pertains to GE's Chestnut Street building;

**Document Request No. 4:** Lockheed Martin shall produce documents in response to this request as it pertains to SPS-40;

**Document Request No. 6:** Lockheed Martin shall produce documents in response to this request as it pertains to SPS-40 and GE's Chestnut Street building.

The Motion is otherwise DENIED**.**

                                            BY THE COURT:

                                            /s/Jacob P. Hart
                                        _____
                                        JACOB P. HART
                                        UNITED STATES MAGISTRATE JUDGE