IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. KRAUS, and<br>MARGARET M. KRAUS | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| ALCATEL-LUCENT, et al. | : | NO. 18-2119 |

## AMENDED ORDER

AND NOW, this 24th day of September, 2019, upon consideration of Plaintiffs' Motion to Compel Discovery from Northrop Grumman, docketed in this case as Document No. 348, and the response and reply therein, it is hereby ORDERED that the motion is GRANTED IN PART as follows:

Within twenty days of the date of this Order:

**Interrogatory No. 3**: Northrop Grumman shall respond to subsection (i) as to Hallicrafters and Litton.

**Interrogatory No. 4:** Northrop Grumman shall respond to this interrogatory as it pertains to AN/SPS-40, AN/UPX-1, and AN/ULQ-6A.

**Interrogatory No. 6:** Northrop Grumman shall respond to this interrogatory as it pertains to AN/SPS-40, AN/UPX-1, and AN/ULQ-6A.

**Interrogatory No. 12:** Northrop Grumman shall respond to this interrogatory.

**Interrogatory No. 13:** Northrop Grumman shall respond to this interrogatory.

**Interrogatory No. 22:** Northrop Grumman shall respond to this interrogatory as it pertains to AN/SPS-40, AN/UPX-1, and AN/ULQ-6A.

**Interrogatory No. 25:** Northrop Grumman shall respond to this interrogatory except that it need not respond to subsection (d), and it may answer (e) in general terms regarding usual practices.

**Interrogatory No. 26:** Northrop Grumman shall respond to this interrogatory.

**Interrogatory No. 28:** Northrop Grumman shall respond to this interrogatory as it pertains to AN/SPS-40, AN/UPX-1, and AN/ULQ-6A. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified interrogatory response.

**Interrogatory No. 34:** Northrop Grumman shall respond to this interrogatory, but only to the extent that it shall provide a list of any trade association or organization to which it or a predecessor was a member (as opposed to its individual employees) between 1950 and 1967.

**Interrogatory No. 35:** Northrop Grumman shall respond to this interrogatory but only in that it shall state whether it or a predecessor (as opposed to its individual employees) was a member of the Industrial Hygiene Foundation between 1950 and 1967.

**Interrogatory No. 37:** Northrop Grumman shall respond to this interrogatory as it pertains to AN/SPS-40, AN/UPX-1, and AN/ULQ-6A. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified interrogatory response.

**Interrogatory No. 38:** Northrop Grumman shall respond to this interrogatory as it pertains to AN/SPS-40, AN/UPX-1, and AN/ULQ-6A, and to the extent that it understands this interrogatory. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified interrogatory response.

**Interrogatory No. 42:** Northrop Grumman shall respond to this interrogatory as it pertains to AN/SPS-40, AN/UPX-1, and AN/ULQ-6A. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified interrogatory response. Northrop Grumman shall also specify whether it admits liability as to any product.

**Request for Production of Documents 1:** Northrop Grumman shall provide documents responsive to this request. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified response.

**Requests for Production of Documents 2-8:** Northrop Grumman shall provide documents responsive to this request. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified response.

**Request for Production of Documents 9:** Northrop Grumman shall provide documents responsive to this request. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified response.

**Request for Production of Documents 10:** Northrop Grumman shall provide documents responsive to this request as they pertain to AN/SPS-40, AN/UPX-1, and AN/ULQ-6A. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified response.

**Request for Production of Documents 12:** Northrop Grumman shall provide documents responsive to this request as it pertains to civilians who performed work on a product attributable to Northrop Grumman. If Northrop Grumman has not yet identified any responsive material, it shall so state in a written and verified response.

The Motion is otherwise DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE