# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. KRAUS, and<br>MARGARET M. KRAUS | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| ALCATEL-LUCENT, et al. | : | NO. 18-2119 |

## AMENDED ORDER

AND NOW, this 19th day of November, 2019, upon consideration of Plaintiffs' Motion to Compel More Specific Answers to Interrogatories from Space Systems/Loral ("SSL") and to Determine Liability for Philco Products, docketed in this case as Document No. 442, and the response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE