Hart

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| ROBERT J. KRAUS, and | : | CIVIL ACTION |
| MARGARET M. KRAUS | : | |
| | : | |
| v. | : | |
| | : | |
| ALCATEL-LUCENT, et al. | : | NO. 18-2119 |

FILED
NOV 21 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20 day of November, 2019, upon consideration of Plaintiffs' Motion to Compel More Specific Answers to Interrogatories and Requests for Production and Requests for Admission from Lockheed, docketed in this case as Document No. 441, and the response thereto, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART, as follows:

Defendant Lockheed Martin Corporation is directed to serve, within five days of the filing date of this Order, a supplemental response to Interrogatory 3(i), identifying any subsidiary or predecessor from which it assumed liability for asbestos used in products sold to, or used by, the United States Navy prior to 1967.

The motion is otherwise DENIED.

BY THE COURT:

11/22/19
Mailed & Emailed
to counsel

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE