IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT J. KRAUS, and          :          CIVIL ACTION
MARGARET M. KRAUS            :
                             :
          v.                 :
                             :
ALCATEL-LUCENT, et al.        :          NO. 18-2119

O R D E R

AND NOW, this 7th day of January, 2020, upon consideration of Plaintiffs' Motion for

Determination of Responsibility between Gould and NavCom for Former Hoffman Products,

docketed in this matter as Document No. 293, and the responses thereto, it is HEREBY

ORDERED that the Motion is DENIED.

BY THE COURT:


/s/Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE