PAUL, REICH & MYERS, P.C.
By:    Robert E. Paul, Esquire
Identification No. 21252
1608 Walnut Street, Suite 500
Philadelphia, PA 19103
(215) 735-9200

                                                    Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. KRAUS and | :CIVIL ACTION |
| MARGARET M. KRAUS, h/w | : |
| | : |
| vs. | :NO.  18-CV-2119 |
| | : |
| ALCATEL-LUCENT, et al. | :ASBESTOS CASE |

### ANSWER TO MOTION OF LOCKHED TO EXCLUDE DR. FRANK

Lockheed has failed to meet its burden on the motion.

Wherefore, the motion should be denied.

                     PAUL, REICH & MYERS, P.C.

          By: _Robert E. Paul_____
                     ROBERT E. PAUL

PAUL, REICH & MYERS, P.C.
By:    Robert E. Paul, Esquire
Identification No. 21252
1608 Walnut Street, Suite 500
Philadelphia, PA 19103
(215) 735-9200

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. KRAUS and | :CIVIL ACTION |
| MARGARET M. KRAUS, h/w | : |
| | : |
| vs. | :NO.  18-CV-2119 |
| | : |
| ALCATEL-LUCENT, et al. | :ASBESTOS CASE |

## MEMORANDUM OF LAW

Lockheed's motion is similar to those of Honeywell, GE and Allen Bradley others.

Plaintiff incorporates by reference the answers to those motions under FRCP 10.  He will

respond only to unique issues raised by Lockheed.  There are two bases for liability against

Lockheed.  The first is for asbestos on its SPS-40, one of the few pieces of equipment personally

identified by Kraus as one he was near when was work performed on it regularly due to its

tendency to break down.  The second is for asbestos associated with the former GE Aerospace

division.  This involves both GE and RCA asbestos-containing equipment on the Cambria as

well as the premises liability at the GE plant at 32nd and Chestnut Streets in West Philadelphia.

The factual questions on that are left to the answer to the summary judgment motion.  These

factual issues are discussed in answer to Lockheed's motion to exclude Faherty incorporated by

reference under F.R.C.P. 10.

Lockheed focuses on the report and not on what it knows Dr. Frank will to testify about. As FR Evid 703 permits, he plans to testify based on a hypothetical based on the likely evidence at trial (Exhibit A, report).

This evidence is that:

1) Kraus was near the SPS-40 and the GE/RCA equipment on the ship when they were opened on a regular one month basis for preventive maintenance.

2) The SPS-40 was frequently repaired near Kraus.

3) When all electronics equipment on the ship was opened on a monthly basis it gave off dust that had to be vacuumed and Kraus breathed the dust.

4) This inhalation occurred every day (based on the testimony).

5) There were many GE/RCA pieces of equipment on the ship.

6) The standard for such equipment was to contain asbestos.

7) All such products whether tape, cloth, paper wire or gaskets give off dangerous quantities of asbestos.

8) His exposure lasted 34 months.

9) Does defendant admit the asbestos tape is dangerous

Whether or not Dr. Frank, a world renowned expert on asbestos (Exhibit B) can recall from memory the specifics of the case or must be refreshed by a hypothetical he can still testify based on these hypothetical facts and apply his expertise to determine if Lockheed was a substantial factor see FR Evid 703 years of exposure to SPS-40 being open. This is not an each and every breath exposure but a years long exposure case. Three months is enough under *Rost v. Ford*, 151 A.3d 1032 (Pa.2016). It is a three years exposure and thus is a large exposure here.

The motion should be denied.

PAUL, REICH & MYERS, P.C.

By: _____
ROBERT E. PAUL

## CERTIFICATE OF SERVICE

The undersigned certify that a true and correct copy of the within Plaintiff's answer to Lockheed's Motion to Exclude the Testimony of Dr. Frank has been filed electronically. This document is available for viewing and downloading from the ECF system and was served upon all counsel of record.

_Robert E. Paul_
Robert E. Paul

Date:  January _16_ , 2020

# EXHIBIT A

**Dornsife**
School of Public Health

*Department of Environmental &*
*Occupational Health*

**Arthur L. Frank, MD, PhD**
*Professor, Chair Emeritus*

October 1, 2019

Sandra Vitale Coia, Paralegal
Paul, Reich & Myers, P.C.
1608 Walnut Street, Suite 500
Philadelphia, PA 19103

> **Re: Robert J. Kraus**

Dear Ms. Coia:

I am in receipt of records in the case of Mr. Kraus and you have asked me to review them and render my judgment regarding any evidence of an asbestos-related disease.

The materials sent to me included a case summary; a client data sheet; pathology records of New York Presbyterian/Weill Cornell Medicine; military specifications for molding plastics; US Navy documents; letters from Mr. Kraus' co-workers – Messrs. Landrum and Gossett; portions of Mr. Kraus' deposition transcript; and pages from a deposition transcript of Mr. Covaleski, a pipefitter at General Electric.

I write this report as a physician licensed in Pennsylvania and Texas, with active licenses, and Board Certified in both internal medicine and occupational medicine. My complete CV is attached as Exhibit A. My fee for doing medical/legal work is $450/hr., for any such activities. My Federal Rule 26 Case Log is attached as Exhibit B.

Mr. Kraus was exposed to asbestos on electronic equipment while serving in the United States Navy aboard the USS Cambria between 1964-1967. He was an electronics material officer but may have also been exposed to asbestos elsewhere on that vessel. I have learned from reading some patents given to me by plaintiff's counsel that resistors and capacitors commonly contained asbestos. Landrum and Gossett testified to Kraus' exposure to the products. He was also exposed to asbestos while employed at a General Electric plant as an electrical engineer at a General Electric plant on Chestnut Street, such employment occurring between 1967-1972. The materials sent to me helped document the specific exposures.

In December 2017, Mr. Kraus was diagnosed with a malignant pleural mesothelioma.

Based upon my review of the materials sent to me, it is my opinion, held with a reasonable degree of medical certainty, that Mr. Kraus developed a malignant pleural mesothelioma as a result of his exposures to asbestos. This would have included his exposures while serving in the United States Navy, including his time in drydock at the Philadelphia Naval Shipyard, was well as his work as an engineer for General Electric

between 1967-1972 when he worked in facilities where asbestos was present. The cumulative exposures that he had to asbestos, from any and all products, containing any and all fiber types, would have contributed to his developing this malignancy.

I will not discuss in this report my views on specific asbestos-containing products. At trial, I expect to be provided hypothetical questions about the exposures to specific types of asbestos-containing products. I expect to comment at trial whether exposures to those specific types of asbestos-containing products, considered in the context of plaintiff's entire asbestos exposure, contributed to the causation of the disease in this case. I will also testify, if asked, on the history of the scientific knowledge of asbestos disease as applied to this case.

My fuller views regarding the matter of asbestos and the development of disease can be found in my affidavit of December 20, 2016, which I attach here as Exhibit C.

The hazards of asbestos have been known for more than a century and the need to protect individuals written about more than eighty years ago.

Should you have any questions about this matter please feel free to contact me.

Sincerely yours,

Arthur L. Frank, MD, PhD

ALF/kmw

---

State of Pennsylvania
County of Philadelphia

Sworn to and subscribed before me this __1st__ day of __OCTOBER__, 2019

Karen M. Weber
Notary Public

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Karen M Weber, Notary Public
Philadelphia County
My Commission Expires 02/14/2023
Commission Number 1345503

# EXHIBIT B

# CURRICULUM VITAE

# ARTHUR L. FRANK, MD, PHD

## PERSONAL INFORMATION

| | |
|---|---|
| Place of Birth: | United States of America |
| Citizenship: | United States of America |
| Marital Status: | Married with three children |
| Office Address: | Drexel University<br>Dornsife School of Public Health<br>Nesbitt Hall, 7th Floor<br>3215 Market Street, Philadelphia, PA 19104 |
| Home Address: | 1216 Yarmouth Road<br>Wynnewood, PA 19096 |
| Telephone: | 267-359-6048 (O)<br>267-359-6006 (F)<br>267-246-4185 (M)<br>610-642-1785 (H) |
| E-mail: | alf13@drexel.edu |

## EDUCATION

| | |
|---|---|
| College: | State University of New York at Buffalo<br>Buffalo, NY 14214<br>1964 – 1968, BA, May 31, 1968<br>Major: Anthropology |
| Medical School: | Mount Sinai School of Medicine of the City of NY<br>New York, NY 10029<br>1968 – 1972, MD, June 4, 1972 |
| Graduate School: | The City University of New York<br>Biomedical Sciences Doctoral Program<br>Mount Sinai Medical Center<br>New York, NY 10029<br>1971 – 1977, PhD, June 2, 1977<br>Thesis Title: *Quantitation of Asbestos-Induced Hyperplasia in Hamster Trachea Epithelium Maintained in Organ Culture* |
| Internship and Residency: | Straight Medical Internship, Internal Medicine Residency<br>Mount Sinai Hospital, New York, NY<br>1972 – 1973, 1975 – 1977<br>Occupational Medicine Residency,<br>Mount Sinai Hospital, New York, NY<br>1975 – 1977 |

## MILITARY SERVICE

Commissioned Officer (Active), United States Public Health Service
Rank: SA Surgeon (03) 1973 – 1975
Lung Cancer Branch, DCCP, National Cancer Institute, National Institutes of Health, Bethesda, MD
Member, Inactive Reserve, 1975 – 2010. Permanent Rank: Surgeon (04)
Active Duty (variable), 1992 – 1994. Temporary Rank: Medical Director (06)

## HONORS AND AWARDS

College: BA, Cum Laude, with High Honors in Anthropology, 1968
Medical School: National March of Dimes Award, 1971
Residency: Chairman's Award – Department of Medicine, Mount Sinai Hospital, 1977
Graduate School: Sigma XI, 1977
Horowitz Memorial Award of the Mount Sinai School of Medicine, 1983
Educator of the Year Award, Association of Teachers of Preventive Medicine (First Annual Award), 1987
University of Kentucky Faculty Grant Award, 1988-91 (Awarded to top 20% of University-wide faculty)
Honorable Order of Kentucky Colonels (3)
Senior Associateship, National Academy of Science, 1990-91 (NIOSH)
Honorary Ambassador of Labor, Labor Secretary, Commonwealth of Kentucky, 1992
BRASH 1994 Chaos and Strange Attractor Award
Topperman Professorship – The University of Texas Health Center at Tyler, 1994-2002
Arthur L. Frank, MD, Keynote Lectureship, UTHCT, 2002
Marcus Key Lecture, TOMA, 2003
American College of Preventive Medicine Distinguished Service Award, February 2004
Sappington Lectureship, American College of Occupational and Environmental Medicine, May 2005
Canadian Board of Occupational Medicine Lectureship, June 2006
Hygeia Society, Drexel University School of Public Health, 2009
Presidential Volunteer Service Gold Award, 2010
Honorary "Duke of Hazard", 2011
Irving J. Selikoff Lifetime Achievement Award, ADAO, March 2012
Outstanding Academic Partner Award, District 1199C, May 2013
Ramazzini Award, Collegium Ramazzini, 10/2016 – Ramazzini lecturer

## CERTIFICATION AND LICENSURE

National Board of Medical Examiners, 1973 [Certification No. 123394, July 2, 1973]
Kentucky State License, MD, #22985 [September 29, 1983]
New York State License, MD, #116288 [July 2, 1973]
Maryland State License, MD, Certificate D16595 [May 17, 1974]
Diplomate, American Board of Internal Medicine [#58896, September 13, 1978]
Diplomate, American Board of Preventive Medicine (Occupational Medicine) [#21574, November 26, 1979]
Texas State License [Distinguished Professor's License issued December 28, 1994]
        (*Converted on March 2, 1996 to unrestricted Texas License J9855*)
Pennsylvania State License, MD, #418954 [March 20, 2002]

## ACADEMIC APPOINTMENTS

**Professor of Public Health**, Department of Environmental and Occupational Health, Drexel University, Dornsife School of Public Health, 2002 to present (tenured)
**Professor of Medicine**, Drexel University School of Medicine (secondary), 2002 to present

**Professor of Civil, Architectural and Environmental Engineering**, Drexel University College of Engineering (secondary), 2011 to present
**Member**, Obama-Singh Grant Team (Drexel and IIT-Delhi), 2012-2015
**Sam Topperman Professor of Medical Education, Professor of Occupational and Environmental Medicine, Professor of Cell Biology and Environmental Science**, University of Texas Health Center at Tyler, 1994-2002
**Adjunct Professor**, Department of Preventive Medicine and Community Health, The University of Texas Medical Branch at Galveston, 1995-present
**Clinical Professor**, Department of Medicine, The University of North Texas Health Science Center at Fort Worth, 1997-2002
**Clinical Professor**, Department of Occupational Medicine, University of Texas Health Science Center at Tyler, March 2004-present
**Adjunct Graduate Faculty**, Stephen F. Austin State University, Nacogdoches, Texas, 1997-2002
**Visiting Faculty**, US Air Force School of Aerospace Medicine, Brooks AFB, Texas; Wright Patterson AFB, Ohio, 2001-present
**Adjunct Professor**, Mongolian National University of Medical Sciences, School of Public Health, Ulaanbaatar, Mongolia, 2015-present
**Professor**, Department of Preventive Medicine and Environmental Health, University of Kentucky, 1983-1994
**Member**, Graduate Center for Toxicology, University of Kentucky, 1988-1994
**Associate Member**, Appalachian Center, University of Kentucky, 1989-1992
**Instructor, Assistant Professor, Associate Professor**, Department of Community Medicine (Environmental Medicine), Mount Sinai School of Medicine, 1977-78, 1978-82, 1982-83
**Instructor**, Department of Medicine, Mount Sinai School of Medicine, 1978-1983
**Member, Graduate Faculty**, City University of New York, Biomedical Sciences Program, 1980-1983
**Adjunct Professor**, Peking University School of Public Health, Beijing, PRC, 6/19-5/22

## ADMINISTRATIVE APPOINTMENTS

**Chair Emeritus**, Department of Environmental and Occupational Health, Drexel University, Dornsife School of Public Health, 2014 –
**Chairman**, Department of Environmental and Occupational Health, Drexel University, Dornsife School of Public Health, 2002-2014
**Vice President for Medical Education**, (title change as of 2/99), Associate Director for Medical Education (1994-1999), University of Texas Health Center at Tyler, 1999-2002
**Ethics Officer**, University of Texas Health Center at Tyler, 1998-2002
**Center Director**, Southwest Center for Agricultural Health, Injury Prevention and Education, 1995-2001, Renewed, 2001
**Medical Director**, Lake County Area Health Education Center, University of Texas Medical Branch at Galveston, 1995-2002
**Chairman**, Department of Preventive Medicine and Environmental Health, University of Kentucky College of Medicine, 1983-1994
**Director**, Occupational Medicine Residency Program, 1984-1994; General Preventive Medicine Residency Program, 1984-1989; Department of Preventive Medicine and Environmental Health University of Kentucky College of Medicine
**Principal**, Behavioral Research Aspects of Safety and Health Working Group (BRASH), 1984-1994
**Director of Graduate Studies**, Master of Science in Public Health Degree Program, 1987-1994, University of Kentucky Graduate School
**Deputy Director**, Southeast Center for Agricultural Health and Injury Prevention, 1992-1994
**Scientific Administrator**, Environmental Sciences Laboratory, The Mount Sinai School of Medicine, 1981-1983
**Director**, Residency Programs in Community Medicine, Mount Sinai School of Medicine, 1977-1981

## CLINICAL APPOINTMENTS

**Clinical Appointment**, Drexel University College of Medicine, 2002-present
**Attending Staff and Chief of Service**, University Hospital, University of Kentucky Medical Center, 1983-1994
**Consultant Appointment**, Veterans' Administration Hospital, Lexington, Kentucky
**Courtesy Staff Appointments**, Middlesboro ARH 1985-1994; Hazard ARH 1985-1994
**Assistant Attending**, Mount Sinai Hospital, New York, NY, 1982-83; Senior Clinical Assistant, 1978-1982; Clinical Assistant, 1977-1978

## FELLOWSHIPS AND MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS

American Association for the Advancement of Science, 1972, Elected to Fellowship, 1996
American College of Physicians, Fellow
American College of Preventive Medicine, Fellow, Occupational Medicine Regent, 1997-1999
Chair, CME Committee, 1997-2015, Board of Directors, American Journal of Preventive Medicine, 1999-2003, Secretary - Treasurer, 2000 – 2004, Member, Finance Committee, 2000-2015, Environmental Health Committee
American Public Health Association
American Thoracic Society
Association of Teachers of Preventive Medicine; Secretary, 1981-84; Board of Directors, 1987-90, Education Committee, 1992-1994
Association of Teachers of Preventive Medicine Foundation, Inc.; Board of Directors, 1981-84
New York Academy of Sciences, Life Member
Society for Occupational and Environmental Health, Founding Member; Governing Council, 1992-1994, Vice-President 1998-2000
American College of Occupational and Environmental Medicine
Collegium Ramazzini, Executive Board 2002-2006
International Society for Preventive Oncology
Kentucky Occupational Safety and Health Network, Founding Member; Board of Directors, 1986-94; Executive Board, 1991-94; Secretary, 1992-93; President-Elect, 1993-94
National Occupational Safety and Health Education Association, Founding Member, 1989; Chair, 1990-91
Farm Safety 4 Just Kids
British Occupational Hygiene Society
Sigma Xi, Life Member
Texas Council on Agricultural Safety and Health, President 1999-2001
College of Physicians of Philadelphia 2002, elected to Fellowship, 2005
American Thoracic Society, elected to Fellowship, 2018

## TEACHING ACTIVITIES

Course Coordinator, Occupational and Environmental Medicine, Georgetown University School of Medicine, 1975
Division of Industrial Safety, District of Columbia Industrial Safety Board, Washington, DC 1974, 1976
Page and William Black Post-Graduate School of Medicine, Mount Sinai Medical Center, 1977-82
Continuing Education, Mount Sinai Hospital Department of Nursing, 1976-78
Hahnemann Medical School, 1978-82
Hahnemann Hospital, 1980
University of Pennsylvania School of Medicine, 1979
University of Medicine & Dentistry of New Jersey, 1979-1981

Senior Medical Consultants, 1979-83
Practicing Law Institute, 1980-85
State University of New York at Buffalo, 1980-81
State University of New York at Stony Brook, 1981-82
IBM/University of Kentucky EXCEL Program, 1985-89
University of Kentucky Annual Family Medicine Review (Continuing Medical Education), 1985-86, 1993
University of Kentucky Annual Physician Assistant Review, 1987
University of Kentucky College of Engineering, Continuing Education 1984-89, 1994
University of Louisville College of Medicine, 1986-87, 1991
Bay State Medical Center, Springfield, Massachusetts, 1988
Preceptor, William Osler Program, UK Medical Center, 1988-1994
American College of Preventive Medicine, Board Review Course, 1989, 1990
EPOCH Awardee, NIOSH, 1989-91
St. Elizabeth's Hospital, Edgewood, KY, 1991, 1992, 1993, 1994
University of Texas Health Center at Tyler, Tyler, TX, 1993
Beijing Medical University, Beijing, People's Republic of China, 1993, 1995
Methodist Hospital, Indianapolis, IN, 1993
American Occupational Health Conference, Chicago, IL, 1994
Forum Program, Donovan Scholars Program, University of Kentucky, 1994
Kentucky Thoracic Society, 1994 (L. E. Smith Lectureship)
Southern Agromedicine Consortium, Keynote Luncheon Address, 1994
Kentucky School Board Insurance Trust, 1994
Qingdao Sanitation and Anti-Epidemic Station, 1995
School of Public Health, University of Texas, Houston, 1995
School of Public Health, University of Texas, San Antonio, 1997
Qingdao University School of Medicine, Qingdao, PRC, 1997
Ain Shams University Institute of Postgraduate Studies, Cairo, Egypt, 1998
UTMB, Course on Occupational Medicine, Galveston, Texas 1999, 2000, 2001
Qingdao Centers for Disease Control and Prevention, Qingdao, PRC, 2000
UTMB, Department of Family Practice, Galveston, Texas, 2000, 2001,2002
University of Texas Southwestern Public Health Program, Dallas, Texas 2000
UNTHSC, Fort Worth, Texas, 7/2001
Air Force School of Aerospace Medicine, Brooks AFB, Texas 2/02, 2/03, 6/06
GI Conference, Drexel 2/03
Pulmonary Conference, Drexel 2/03, 5/03, 5/15

## CONSULTANCIES AND RELATED ACTIVITIES

**Consultant**, George Washington University School of Medicine, Science Communication Division, 1976-78
**Consultant**, Environmental Protection Agency; Ad Hoc Committee for the in-vitro study of fibrous amphiboles, 1977
**Consultant**, DHEW Committee to Coordinate Toxicology, Subcommittee on Asbestos, 1978
**Consultant**, State University of New York at Stony Brook, School of Medicine, Department of Community Medicine, 1980
**Consultant**, National Academy of Sciences Committee on Indoor Air Pollution, 1981
**Invited Participant**, Conference on Vision Effects of VDT Use, National Academy of Sciences, 1983
**Ad Hoc Grant Reviewer**, Health Resources Administration, Division of Medicine, Study Section on Environmental Medicine Curriculum Development Grants, 1979; Preventive Medicine Residencies, 1980, 1983, 1988, 1991
**Site Visitor**, National Institute for Occupational Safety and Health, 1983-91

**Editorial Board**, *American Journal of Industrial Medicine, Environmental Research, Journal of Community Health, Toxicology and Industrial Health, Cancer Detection and Prevention, International Journal of Occupational Medicine and Toxicology, International Journal of Hygiene and Environmental Health, etc.*

**Article Reviewer**, *Journal of the National Cancer Institute, Journal of the American Medical Association, Journal of Environmental Pathology and Toxicology, Science, American Journal of Public Health, The American Statistician, Journal of Occupational and Environmental Medicine, Archives of Environmental Health, Southern Medical Journal, Law and Social Inquiry, Occupational and Environmental Medicine, American Journal of Preventive Medicine, Archives of Internal Medicine, etc.*

**Associate Editor**, Environmental Health Section, *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 12th Edition, 13th Edition

**Advisor**, New York City Health Systems Agency Task Force on Environmental Health, 1979

**Member**, Environmental Health Committee, New York City Health Systems Agency, 1979-80

**Member**, New York Lung Association Committee on Occupational Hazards to the Lung, 1977-78

**Consultant**, University of Arizona College of Medicine, Department of Family and Community Medicine, Project on Incorporation of Preventive Medicine into Family Practice, 1985-86

**Consultant**, Occupational Cancer Project, Workers Occupational Health Clinic, Cincinnati, Ohio, 1985-87

**Member**, NIOSH Study Section for Occupational Safety and Health, 1985-89; Chairman, 1988-89

**Consultant**, Labor Cabinet, Commonwealth of Kentucky, 1987-1994

**Member**, National Board of Medical Examiners, FLEX Examination Committee, 1985-91; NBME Pulmonary Medicine Subcommittee, 1989-91; USMLE Content Reviewer, 1994

**Consultant**, Toyota Motor Manufacturing, USA, Inc., 1986-1994; Acting Medical Director, 1988

**Member**, Steering Committee, National Conference on Residencies in Occupational Medicine, 1988

**Chair**, Association of Occupational Medicine Residency Directors, 1988-1989

**Grant Reviewer**, Arizona Disease Control Research Commission, 1988-2018

**Consultant**, Ashland Oil, Ashland, Kentucky, 1988-1994

**Member**, Advisory Board Center for Applied Energy Research, University of Kentucky, 1990-1995

**Member**, Board of Directors, Occupational Physicians Scholarship Fund, 1988- 2010

**Consultant**, Urgent Treatment Center, Lexington, Kentucky, 1989-1994

**Consultant**, NIOSH Review of Document on Workplace Screening, 1990

**Consultant**, Natural Resource and Environmental Protection Cabinet, Commonwealth of Kentucky, 1990-1994

**Consultant**, Island Creek Corporation, 1990-1993

**Member**, NIOSH Board of Scientific Counselors, 1992-1996

**Presenter**, International Conference on Exposure to Carcinogens and Mutagens in the Industrial and Ambient Environment, "Issues of Asbestos Carcinogenicity". Jerusalem, Israel, January 30, 1992

**Member**, Environmental Board, Commonwealth of Kentucky (Appointed by the Governor), 1991-95

**Presenter**, Ohio AFL/CIO Worker's Compensation Institute, "The Role of the Primary Care Physician in Occupational Disease". Akron, Ohio, March 1992.

**Presenter**, (20th Anniversary Class Representative) Alumni Day Program, Mt. Sinai School of Medicine, "The Mt. Sinai-Kentucky Connection". New York, NY April 11, 1992.

**Presenter**, NIOSH Grand Rounds, ALOSH, Morgantown, WV, 1992.

**Associate Editor**, *Mosby Year Book of Occupational and Environmental Medicine*, 1992-94, Co-Editor-in-Chief, 1995-98

**Guest Editor**, Memorial Volume of *Environmental Research* honoring Dr. Irving J. Selikoff, 1992

**Consultant**, Qingdao Hygiene and Anti-Epidemic Station, Qingdao, Shandong Province, (now Qingdao Municipal Center for Disease Control and Prevention), 1993-Present

**Guest Professor**, Beijing Medical University, Peoples Republic of China, 1993-1996

**Presenter**, From Rio to the Capitals: State Strategies for Sustainable Development, May 25-28, 1993, Louisville, Kentucky

**Presenter**, State of Ohio Workers Compensation Program, 1993

**Presenter**, Kentucky Laborer's Union Asbestos Training Program, 1993

**Presenter**, Collegium Ramazzini Scientific Session, 1993, Session Co-Chair

**Kentucky Nominee**, Technical Oversight Committee, Southern Appalachian Mountain Initiative, 1993

**Consultant**, EPA Panel on the Use of Genetic Monitoring for Risk Assessment in Communities Exposed to Hazardous Waste, University of Texas Medical Branch at Galveston, 1994

**Member**, Residency Advisory Committee, U.S. Air Force Residency Program in Preventive Medicine, Brooks Air Force Base, San Antonio, Texas, Wright-Patterson AFB, Dayton, Ohio 1994-Present

**Advisory Board Member**, "Cost-effective Medicine Reports", Mosby Publishing Co. 1994-1996

**Presenter**, Collegium Ramazzini Scientific Session, Carpi, Italy, October 29, 1994

**Advisory Board Member**, BRASH (Behavioral Research Aspects of Safety and Health) Working Group, University of Kentucky, 1994

**Presenter and Session Chair**, SOEH Conference on Tuberculosis in the Workplace. December 1-2, 1994, Washington, DC

**Presenter**, Andrews Publications Seminar on Asbestos-Related Diseases, Houston, Texas, March 1995

**Presenter**, Bar Ilan University, Israel, March 1995

**Presenter**, Hadassah Medical School, Israel, March 1995

**Presenter**, 1st International Congress of the Minia School of Medicine, Minia, Egypt April, 1995

**Program Participant**, Kentucky Governor's Safety and Health Conference, Louisville, Kentucky, April 1995

**Member**, Advisory Board, Southwest Center for Occupational and Environmental Health, Houston, Texas, 1995-1998.

**Consultant**, Texas Medical Association, Council on Medical Education, 1994-2002; Subcommittee on Accreditation, 1995-2001; Chair 1997-2001; CME Committee, 1997-2001.

**Presenter**, Occupational and Environmental Respiratory Disease Course, The University of Texas School of Public Health, Houston, Texas 1995.

**Presenter**, Departmental Seminar, The Department of Preventive Medicine and Community Health, The University of Texas Medical Branch, Galveston, Texas 1996.

**Presenter**, Second International Conference of Environmental Mutagenesis in Human Populations at Risk, Prague, Czech Republic, 1995.

**Session Chair**, Annual Meeting of the Society of Occupational and Environmental Health, Bethesda, Maryland, Dec-6-8, 1995.

**Member**, Advisory Board, Lake Country AHEC, 1995-2002; Board chair, 1996-1997.

**Member**, Advisory Board, NIEHS, Toxicology Center, UTMB, 1996-2002

**Session Chair and Rapporteur**, Third Annual NIOSH Agricultural Health and Safety Conference, Iowa City, Iowa, March 1996.

**Seminar Program Chair**, AOHC, San Antonio, Texas, ACOEM, 1995-96.

**Alumni Day Centennial Program**, Mount Sinai Medical Center, New York, NY, April 13, 1996.

**Speaker and Session Co-chair**, The 6th International Conference on "Preservation of our World in the Wake of Change", Jerusalem, Israel, June 1996.

**Speaker**, VIII Inhaled Particles Meeting, Cambridge, England, August 1996.

**Presenter**, Collegium Ramazzini Scientific Session, Carpi, Italy, October 27, 1996.

**Member and Chair**, Residency Advisory Committee, Occupational Medicine, University of Texas Medical Branch, Galveston, Texas 1997

**Member**, University of Texas System Master Planning Organization and Task Force for Distance Learning and the Virtual University, 1997.

**Member**, Advisory Board, Texas A&M University Rural School of Public Health, College Station, Texas, 1997-2002

**Presenter**, TOMA meeting, Houston, Texas, March 14, 1997

**Presenter**, Environmental Information Association, New Orleans, Louisiana, March 25, 1997

**Presenter**, The University of Texas Medical Branch, Galveston, Texas, April 18, 1997

**Member**, University of Texas Telehealth Committee, 1997-2002

**Presenter**, ACOEM, AOHC Session, Orlando, Florida, May 12, 1997

**Presenter**, Qingdao Municipal Hospital, Department of Radiology, June 1997
**Presenter**, Research in China, Directors Associates. Tyler, June 1997
**Presenter and Session Co-Chair**, Collegium Ramazzini meeting, Carpi, Italy October, 1997
**Presenter**, Medical Education Grand Rounds, Mount Sinai School of Medicine, New York, NY, November 1997
**Member**, Shared Student Information Systems Committee, U.T. System, Austin, Texas, 1997-98
**Member**, Shared Administrative Support Systems Committee, U.T. System, Austin, Texas, 1997-98
**Member**, Texas Council for Agricultural Safety & Health 1997; Chair-Elect, 1997-99
**Presenter**, "Children in the Workplace", presented at the Annual Ain Shams University Institute of Child Studies Conference, Cairo, Egypt, March 1998
**Presenter**, Texas Academy of Mathematics and Science, University of North Texas, Denton, "Medical Sleuthing: Environmental Toxins", April 13, 1998
**Grand Rounds Presenter**, Presbyterian Hospital of Dallas, Environmental Toxins, April 29, 1998
**Member**, International Scientific Advisory Committee Third International Conference on Environmental Mutagens in Human Populations, 1998
**Member**, Telehealth Steering Committee Working Group on Education/Community Networks/Libraries, Telecommunications Infrastructure Fund Board, Austin, Texas 1998-1999
**Presenter**, AHEC-SW, Texarkana, Arkansas, Conference on Respiratory Therapy. "Occupational Lung Cancer" and "Occupational and Environmental Lung Disease Case Studies", Texarkana, Arkansas 8/28/98
**Presenter**, First Annual TCASH Scientific Conference, Fort Worth, Texas, October 16, 1998
**Presenter**, Childhood Agricultural Hazards at Collegium Ramazzini meeting, Carpi, Italy, October 25, 1998
**Consultant**, Medical Communities Project, Environmental Protection Agency, Washington, D.C., 1998-99
**Presenter**, two presentations for the Third International Conference on Environmental Mutagens in Human Populations, November-December 1998, Thailand
**Presenter**, TAMS Senior Seminar, February 1, 1999
**Presenter**, East Texas Council on World Affairs, Tyler, Texas, February 8, 1999
**Presenter**, Prevention '99, ACPM Session on Preventive Medicine, March 20, 1999
**Presenter**, Texas Occupational Medicine Association Meeting, Dallas, Texas, May 7, 1999
**Panelist**, East Texas Minority Health Network Conference, Tyler, Texas, June 3, 1999
**Presenter**, 7th International Conference of the Israel Ecology Society, Jerusalem, Israel, June, 1999
**Presenter**, University of Texas Houston School of Public Health Course on Occupational Medicine for the Primary Care Practitioner, Houston, Texas, September 25, 1999
**Invited Presenter**, Committee on Work and Industry, Chamber of Deputies, Brasilia, Brazil, September 29, 1999
**Presenter and Session Chair**, Collegium Ramazzini, October 1999, Carpi, Italy
**Chair**, International Scientific Advisory Committee of the Selikoff Center, Ra´anana, Israel,1999
**Presenter**, Texas Academy of Mathematics and Science, Denton, Texas, January 31, 2000
**Presenter**, Pediatrics Grand Rounds, UTHCT, Tyler, Texas, 2/17/00
**Consultant**, Qingdao Centers for Disease Control and Prevention, Qingdao, PRC, 2000-present
**Session Chair**, NYCASH Meeting on Agricultural Safety and Health, Cooperstown, New York, 2000
**Site Visitor**, NIEHS, 2000
**Guest Consultant**, Annual Review of Public Health, Palo Alto, California, 2000
**Award Recipient, Guest Speaker**, ACCME, Chicago, Illinois, 2000
**Presenter**, TMA CME Conference, June 2000
**Presenter and Conference Planning Committee**, International Cancer Conference, Grand Rapids, Michigan, September 2000
**Presenter**, Pulmonary Program, UTHCT, September 2000
**Presenter**, Collegium Ramazzini, Carpi, Italy October 2000

**Presenter, Session Chair and Conference Planning Committee**, ISPO Conference, Geneva, November 2000

**Presenter and Session Chair**, Indian Association of Occupational Health Conference, New Delhi, February 2001

**Presenter**, Industrial Toxicology Research Center, Lucknow, India, February 2001

**Member**, Editorial Board, Annual Review of Public Health, 2001 – 2005

**Presenter**, Allen Cohen Memorial Lecture, Tyler, Texas, April 5, 2001

**Presenter**, UTHCT Grand Rounds, April 6, 2001

**Presenter**, Grand Rounds, Family Practice, UTMB, Galveston, Texas, July 11, 2001

**Presenter**, UTHSC, Grand Rounds, Internal Medicine, Fort Worth, Texas July 8, 2001

**Member**, Physicians Panel Member, State Claims Assistance Program, Department of Energy, October 1, 2004

**Co-Moderator**, Institute of Water Quality, ACPM Meeting, San Antonio, Texas, February 2002

**Presenter**, East Texas Council on World Affairs, March 2002

**Presenter**, Scientific Program, Alumni Day (30th class year representative), Mount Sinai Medical Center, New York, NY, April 6, 2002

**Presenter**, TAMS Program UNT, Denton, Texas April 8, 2002

**Presenter**, University of Texas at Tyler School of Nursing, April 15, 2002

**Presenter and Chair**, New York Academy of Sciences, Mesothelioma Program, April 25, 2002

**Presenter**, Occupational Medicine Program, UTHCT, June 2002

**Presenter**, UTMB, Occupational Medicine Residency Program, July 2002

**Session Chair**, Collegium Ramazzini Meeting, Bologna, Italy, October 2002

**Member**, State Advisory Committee on Environmental Health Tracking, Pennsylvania, November 2002-2017

**Presenter**, Drexel University SESEPS Seminar, December 2002

**Presenter**, Drexel University SPH Grand Rounds, December 2002

**Presenter**, Air Force School of Aerospace Medicine, February 2003

**Presenter**, GI Conference, Drexel, February 2003

**Presenter**, Pulmonary Conference, Drexel 02/03, 05/03

**Presenter**, University of Pennsylvania Residency Program in Occupational Medicine, March 2003, March 2005, April 2006, 2011, 2012, 2013, 2015

**Presenter**, George Washington University Seminar, April 2003

**Marcus Key Lecturer**, TOMA Meeting, April 2003

**Consultant**, Waste Management Corporation, April 2003

**Presenter**, ACPM Water Conference, Washington, DC, June 2003

**Presenter**, UTMB, Galveston, Texas, July 2003

**Presenter**, Fox Chase Cancer Center, September 16, 2003

**Presenter**, APHA, San Francisco, California, November 2003

**Moderator**, ACPM National Teleconference on Pediatric Environmental Health, May 2004

**Member**, Environmental Justice Advisory Board, DEP, Harrisburg, Pennsylvania, 2004-; Chair 2006-2018

**Presenter**, Harris Martin Conference, Manganese, San Francisco, California, June 15, 2004

**Presenter**, UTHCT – Occupational Lung Disease, June 26, 2004

**Presenter**, UTMB – Occupational Cancers, Occupational Lung Disease, The History of Occupational Medicine, July 7, 2004, July 5, 2006

**Presenter**, Graduate School of Public Health, Pittsburgh, Asthma Seminar, August 10, 2004

**Presenter**, Drexel School of Public Health, Agriculture and Public Health, Faculty Seminar, August 13, 2004

**Presenter**, PCIEP Program, September 2004

**Session Chair and Discussant**, Olin Seminar on Environmental Justice, Drexel University, October 2004

**Presenter**, Collegium Ramazzini Annual meeting, Carpi, Italy, October 2004

**Presenter**, UCLA MD/PhD Program, November 2004

**Presenter**, Qingdao Centers for Disease Control and Prevention, Qingdao, China

**Presenter**, Asbestos Conference, Tokyo, Japan, November 2004

**Presenter**, Pulmonary Conference, Hahnemann Hospital, January 2005
**Member**, Institute of Medicine Committee, Gulf War and Health, 2005-2006
**Presenter**, Post Graduate Occupational Medicine Programs, New Delhi, India, March-April 2005, May 2006
**Presenter**, Department of Labor Conference, Washington, DC, April 2005
**Presenter**, Sappington Lecture, ACOEM, Washington, DC, May 2005
**Presenter**, US School of Aerospace Medicine, San Antonio, Texas, May 2005; June 2006
**Presenter**, Nahariya Hospital, Israel, Lecture on asbestos, May 2005
**Presenter**, University of Paris France, Lectures on occupational cancers and asbestos, June 1, 2005
**Presenter**, AAMC Meeting on MD/MPH Programs, Chicago, Illinois, June 27, 2005
**Presenter**, UTMB, Grand Rounds Residency Program, Galveston, Texas, July 5-6, 2005
**Session Chair**, Collegium Ramazzini Conference, Living in a Chemical World, Bentivolgio, Italy September 19, 2005
**Presenter**, Institute of Public Health, Iasi, Romania, Keynote Address September 22, 2005, Address September 23, 2005
**Presenter**, 14th Brazilian Congress of Toxicology, Recife, Brazil, October 10, 2005
**Presenter**, Beijing Forum (2005) Beijing, People's Republic of China, November 19, 2005
**Member**, ACGME Appeals Panel for Preventive Medicine, 2006-2018
**Presenter**, EPA Public Hearing on Air Pollution Criteria, Representing ATS, March 8, 2006
**Presenter**, UMDNJ, March 2006
**Session Chair**, Asbestos Program, ADAO, April 1, 2006
**Member**, Delaware River Basin Commission, Toxics Advisory Committee, 2006-2009.
**Presenter**, Maulana Azad Medical College, New Delhi, India, May 2006
**Presenter**, Occupational and Environmental Medical Association of Canada, Toronto, CBOM Memorial Lecture, June 2006
**Presenter**, Summer Public Health Institute, Iasi, Romania, July 2006
**Session Chair and Presenter**, Asian Asbestos Conference, Bangkok, Thailand, July 2006
**Presenter**, Business Exchange Breakfast, Philadelphia, October 17, 2006
**Session Chair and Presenter**, Collegium Ramazzini Meeting, Capri, Italy, October 29, 2006
**Presenter**, PCOEM, November 2006
**Presenter**, Asbestos Conference and Continuing Education Conference, New Delhi, India, December 2006
**Presenter**, State University of New York at Stony Brook, Occupational Lung Diseases, December 2006
**Presenter**, PCOM, Internal Medicine Group, January 2007
**Participant**, AAD Program, Drexel University School of Public Health, March 31 – April 1, 2007
**Lecturer**, Physician Assistant Course, Drexel University, April 2007
**Lecturer**, ACOEM Program, New Jersey, Asbestos, May 1, 2007
**Presenter**, Environmental Mutagenesis Conference, Turkey, May 22, 2007
**Presenter**, Drexel School of Public Health Program, Asbestos, June 1, 2007
**Presenter**, Occupational Medicine Course, Maulana Azad Medical College, New Delhi, India, June 2007
**Presenter**, UTMB, Galveston, Texas, July 2007
**Member and Chair**, Ad hoc Committee to Assess Liver Cancer in Bexar County Texas, San Antonio, August 2007, December 2007
**Presenter**, SUNY Stony Brook, October 2007
**Presenter**, Collegium Ramazzini Meeting, Princess Chulaborn Institute, Bangkok, Thailand, December 2007
**Presenter**, Integral University, Lucknow, India, December 2007
**Presenter**, Sanjay Gandhi Institute, Lucknow, India, December 2007
**Presenter**, Joint Labor-Management Safety and Health Meeting, Vishakhaptnam, India, December 2007
**Presenter**, Centre for Occupational and Environmental Health, Maulana Azad Medical College, Delhi, India, December 2007

**Presenter**, Department of Medicine CME Program, Maulana Azad Medical College, Delhi, India, December 2007

**Session Chair**,41st Annual Meeting of the Indian College of Allergy, Asthma and Applied Immunology, Delhi, India, December 2007

**Presenter**, Toxic Links Meeting, Delhi, India, December 2007

**Presenter**, Philadelphia Zoning Code Commission, January 2008

**Member and Chair**, Advisory Committee, Mountain and Plains ERC, Denver, Colorado, January 2008-present

**Speaker**, George Washington University School of Public Health, Washington, DC, February 2008

**Lecturer**, U.S. Air Force School of Aerospace Medicine, San Antonio, Texas, Mach 2008

**Grant Reviewer**, NIOSH Agricultural Center Program, March 2008

**Session Chair**, ADAO 4th Annual Conference, Detroit, Michigan, March 2008

**Lecturer**, Physician Assistants Program, Drexel University, April 2008

**Lecturer**, Maulana Azad Medical College, Delhi, India, May 2008

**Presenter**, National Conference on Climate Change, Delhi, India May 2008

**Presenter**, 1st International Conference on Mesothelioma, Sao Paulo, Brazil June 2008

**Member**, City of Philadelphia Air Pollution Control Board, June 2008-present

**Lecturer**, UTMB, Galveston, Texas, July 2008

**Lecturer**, Qingdao Centers for Disease Control and Prevention, Qingdao, China, August 2008

**Member**, Board of Scientific Counselors, CDC Center for Environmental Health/ATSDR, July 2008-June 2012

**Member**, Scientific Review Board, Peking Medical University, August 2008

**Presenter**, ACPM Program on Indoor Air Pollution, August 2008

**Presenter**, Inhaled Particles X Meeting, Sheffield, England, September 2008

**Presenter**, FASLI Occupational Medicine Program, Mumbai, India, September 2008

**Presenter**, ESIC Occupational Medicine Program, Mumbai, India, September 2008

**Invited Lecturer**, University of Brescia, Italy, October 2008

**Lecturer**, Drexel University College of Medicine, November 2008

**Consultant and Speaker**, Sri Lankan NIOSH, Colombo, March 2009

**Speaker**, ESI Program, Chennai, India, March 2009

**Session Chair**, ADAO Annual Scientific Meeting, Los Angeles, California, March 2009

**Speaker**, Occupational Medicine Program, UMDNJ, March 2009

**Speaker**, ESI Program, Goa, India, May 2009

**Speaker**, Occupational Medicine Program, Maulana Azad Medical College, Delhi, India, May 2009

**Participant**, Harris Martin Asbestos Program, Chicago, Illinois, June 2009

**Speaker**, University of Occupational and Environmental Health, Kitakyushu City, Japan, August 2009

**Speaker**, Hangzhou Preventive Medicine Program, Hangzhou, China, August 2009

**Speaker**, Qingdao CDC, China, August 2009

**Speaker**, Uniformed Services, University of the Health Sciences, Bethesda, Maryland, November 2009

**Organizer, Session Chair, Speaker**, Collegium Ramazzini/Drexel/MAMC Meeting, New Delhi, India, December 2009

**Speaker**, Clinical Case Conference, MAMC, New Delhi, India, December 2009

**Speaker**, MAMC Center for Liver and Biliary Disease, New Delhi, India, December 2009

**Session Chair/Discussant**, Round Table Conference on Issues Related to Asbestos Use in India, New Delhi, India, December 2009

**Speaker**, Medical-Legal Program, Salisbury, North Carolina, January 2010

**Advisory Board**, Libby Epidemiology Research Program, Scientific Advisory Group, 2009-2014

**Member**, NIOSH NORA Mining Sector Council, 2010-

**Speaker**, Medical-Legal Program, Philadelphia, Pennsylvania, February 2010

**Session Chair**, ADAO Annual Meeting, Chicago, April 2010

**Lecturer**, Maulana Azad Medical College, New Delhi, June 2010

**Lecturer**, Sri Lanka NIOSH, Colombo, June 2010

**Lecturer**, University of Colombo, Sri Lanka, June 2010
**Lecturer**, University of North Colombo, Sri Lanka, June 2010
**Lecturer**, Moratuwa University, Sri Lanka, June 2010
**Lecturer**, University of Peradeniya, Kandy, Sri Lanka, June 2010
**Lecturer**, Postgraduate Institute of Medicine, Colombo, Sri Lanka, June 2010
**Member**, Editorial Board, Oxford University Press On-Line, Public Health Encyclopedia, 2010-
**Keynote Speaker**, Environmental Justice in Chester Conference, July 27, 2010
**Invited Lecturer**, UTMB, Galveston, Texas, August 5, 2010
**Keynote Speaker**, Shantou Medical College, Shantou, China, September 2010
**Invited Lecturer**, Fudan University School of Public Health, Shanghai, China, September 2010
**Invited Speaker**, McGeorge Law School, Sacramento, California, October 2010
**Invited Speaker**, Asbestos Conference, New York, NY, October 2010
**Invited Speaker**, Asia Asbestos Initiative Conference III, Fukuoka, Japan, November 2010
**Presenter**, APHA Meeting, Denver, Colorado, November 2010
**Invited Speaker**, California EPA, Sacramento, California, November 2010
**Invited Lecturer**, University of Brunei Darussalam, November 2010
**Invited Speaker**, Ministry of Health, Occupational Health Unit, Brunei, November 2010
**Invited Speaker**, Jodhpur National University, Jodhpur, India, November 2010
**Lecturer**, Emerging Developments in Occupational Medicine Practice Conference, Maulana Azad Medical College, New Delhi, India, November 2010
**Invited Speaker**, National Institute of Health, Family and Welfare, New Delhi, India, December 2010
**Invited Speaker**, Basaidharapur Hospital, ESIC, New Delhi, India, December 2010
**Grand Rounds Speaker**, Crozer Chester Medical Center, January 2011
**Invited Speaker**, Occupational Health Program, Raleigh, North Carolina, January 2011
**Invited Grand Rounds Speaker**, UTMB, Galveston, Texas, February 2011
**Speaker**, International Conference, Maulana Azad Medical College, New Delhi, India, March 2011
**Session Chair**, ADAO Meeting, Atlanta, Georgia, April 2011
**Invited Speaker**, Agricultural Safety and Health Conference, Chulalongkorn University, Bangkok, Thailand, July 2011
**Invited Lecturer**, UTMB, Galveston, Texas, August 2011
**Peer Reviewer**, Diacetyl Document-NIOSH, August 2011
**Guest Editor**, Safety and Health special issue of "Minerals" 2011-2012
**Member**, Technical Advisory Council District 1199C, Susan Harwood OSHA Grant, Philadelphia, Pennsylvania, 2011-present
**Member**, CEPH Accreditation Planning Committee, 2011-2014
**Invited Speaker**, Occupational and Environmental Medical Association of Canada, 29th Annual Scientific Conference, Niagara-on-the-Lake, Canada, October 2011
**Invited Speaker**, Asbestos in Vermiculite Program, Libby, Montana, October 2011
**Invited Speaker**, Public Interest Law Center of Philadelphia Symposium, Philadelphia, October, 2011
**Invited Speaker**, NIOH, Ahmedabad, India, December 11
**Invited Lecturer**, Maulana Azad Medical College, New Delhi, India December 2011
**Invited Speaker**, Asbestos Program, Philadelphia, January 2012
**Invited Speaker**, U.S. Air Force Occupational Medicine Program, March 2012
**Invited Speaker**, University of Colorado SPH Research Day Keynote Speaker, March 2012
**Session Chair**, ADAO Annual Meeting, Manhattan Beach, California, March 2012
**Invited Speaker**, Johns Hopkins University SPH, Baltimore, Maryland, April 2012
**Invited Speaker**, USUHS, Department of Preventive Medicine, Bethesda, Maryland, April 12
**Invited Speaker**: University of Pennsylvania Occupational Medicine Program, April 12
**Invited Speaker**, Occupational Health Clinics for Ontario Workers, Sarnia, Ontario, April 2012
**Invited Speaker**, Workers Memorial Day Program, Sarnia, Ontario, April 2012
**Invited Speaker**, Maulana Azad Medical College, New Delhi, India, July 2012
**Invited Presenter**, Supreme Court of Brazil, Brasilia, August 2012

**Invited Speaker**, Qingdao CDC, China, September 2012
**Invited Speaker**, IIT, New Delhi, India, November 2012
**Invited Speaker**, Maulana Azad Institute of Dental Sciences, New Delhi, India, November 2012
**Invited Speaker**, Maulana Azad Medical College, New Delhi, India, December 12
**Invited Speaker**, International Meeting, Maulana Azad Medical College, New Delhi, India, December 2012
**Invited Speaker**, UMDNJ, Piscataway, New Jersey, December 2012
**Invited Speaker**, Asbestos Program, Philadelphia, January 2013
**Invited Speaker**, American College of Preventive Medicine Annual Meeting, Scottsdale, Arizona, February 2013
**Grand Rounds Speaker**, Department of Medicine, Drexel University College of Medicine, February 2013
**Invited Speaker**, ADAO Annual Meeting, Washington, DC, March 2013
**Invited Speaker**, DOE Former Workers PI Meeting, Washington, DC, May 2013
**Invited Speaker**, ATS Annual Meeting, Philadelphia, Meet the Professor Session, May 2013
**Speaker**, Clean Air Council, Philadelphia, June 2013
**Speaker**, Health Sciences University, Ulaanbaatar, Mongolia, July 2013
**Grand Rounds Speaker**, Christiana Hospital, August 2013
**Speaker**, Inhaled Particles XI, Nottingham, England, September 2013
**Invited Speaker**, Maulana Azad Medical College, New Delhi, India, December 2013
**Invited Speaker**, Conference for Orland Gas Industry, New Delhi, India, December 2013
**Grand Rounds Speaker**, Mount Sinai School of Medicine, January 2014
**Invited Speaker**, Asbestos Program, San Francisco, California, January 2014
**Invited Speaker**, Agricultural Safety and Health Talk, Drexel Sacramento Campus, March 2014
**Invited Lecturer**, JH-Perdana University, Malaysia, June 2014
**Invited Speaker**, AOEMM 8th Annual Conference, Kuala Lumpur, Malaysia, June 2014
**Speaker**, Occupational Health Workshop, MAMC, New Delhi, India, June 2014
**Invited Lecturer**, National Institute of Health and Family Welfare, New Delhi, India, July 2014
**Invited Speaker**, Asbestos Meeting, SPH, Ulaanbaatar, Mongolia, July 14
**Invited Speaker**, Occupational Health Center, Ulaanbaatar, Mongolia, July 2014
**Invited Faculty**, ITT-Delhi, India, July14
**Invited Grand Rounds Speaker**, Christiana Care, September 2014
**Invited Speaker**, Collegium Ramazzini, Silica Session, Carpi, Italy, October 2014
**Invited Lecturer**, Maulana Azad Medical College, New Delhi, India, December 2014
**Member**, University Honorary Degree Committee, 2014-
**Invited Speaker**, UMDNJ EOH Program, New Jersey, February 2015
**Invited Speaker**, International Conference on Hearing Loss, New Delhi, India, February 2015
**Invited Lecturer**, Obama-Singh Grant Program on Risk Assessment Hyderabad, India, March 2015
**Invited Speaker**, ADAO Conference, Washington, DC, April 2015
**Invited Lecturer**, School of Public Health, Mongolian National University of Medical Sciences, Ulaanbaatar, Mongolia, June 2015
**Invited Speaker**, DOE Public Session, Amarillo, Texas, July 2015
**Invited Lecturer**, UTMB, Galveston, Texas, July 2015
**Invited Speaker**, Collegium Ramazzini Scientific Meeting, Carpi, Italy, October 2015
**Invited Speaker**, Health 3000 Meeting, Colombo, Sri Lanka, December 2015
**Invited Speaker**, MAMC Conference, New Delhi, India, December 2015
**Member**, University Tenure Appeals Committee, 2015-2016
**Member**, Dornsife Professor Search Committee, 2016
**Member**, Boren Fellowship Review Committee, January 2016
**Member**, Drexel University Travel Committee, 2016
**Member**, University Grievance Committee, 2016-2019
**Member**, Dornsife Committee on Global Health, 2016

**Speaker**, ADAO Conference, Washington, DC, April 16
**Speaker**, Scientific Conference, UTHSCT, Tyler, Texas, June 2016
**Visiting Faculty**: Mongolian National University of Medical Science, School of Public Health, June 2016
**Invited Lecturer**: UTMB, Galveston, Texas, July 2016
**Visiting Faculty**: Buenos Aires, Argentina, September 2016
**Invited Speaker**: Brazil, October 2016
**Member**: Drexel School of Public Health MD/MPH Advisory Board, 2016 –
**Member**: Drexel School of Public Health Global Health Advisory Committee, 2016 –
**Presenter**: Collegium Ramazzini Meeting, Carpi, Italy, October 2016
**Lecturer**: Ramazzini Lecture, Carpi, Italy, October 2016
**Member**: SPH Global Health Advisory Board, 2016 –
**Member**: AOEC Board of Directors, 2017 –
**Invited Speaker**: Asbestos Program, January 2017
**Invited Speaker**: Indian National Institute of Health and Family Welfare, New Delhi, February 2017
**Invited Speaker**: Health and Environment Foundation, New Delhi, February 2017
**Invited Speaker**: ITT-Delhi, New Delhi, February 2017
**Invited Speaker**: Workshop on Silicosis, Jodhpur, February 2017
**Invited Speaker**: Indian Public Health Association meeting, Jodhpur, February 2017
**Invited Speaker**: ADAO Meeting, Washington, DC, April 2017
**Invited Speaker**: National Center for Public Health, Mongolia, June 2017
**Consultant**: Center for Occupational Health, Mongolia, June 2017
**Invited Lecturer**: UTMB, Galveston, TX, July 2017
**Invited Speaker**: Asbestos Program, Bogota, Columbia, August 2017
**Poster Presenter**: Inhaled Particles XII, Glasgow, September 2017
**Poster Presenter**: Collegium Ramazzini meeting, Carpi 2017
**Advisor, Invited Speaker and Chairperson**: Amity University meeting on Women's and Environmental Health, Lucknow, India, November 2017
**Invited Speaker**: Mining Safety and Health Program, Hyderabad, India, December 2017
**Participant**: Meeting at EPA on Asbestos, March 2018
**Invited Speaker**: Asbestos Program, Juan N. Corpas Medical College, Bogota, Colombia, May 2018
**Invited Speaker**: 2nd International Seminar on Asbestos, Brazil, May 2018
**Invited Speaker**: Juan N. Corpas University, Bogota, Columbia, August 2018
**Invited Lecturer**: UTMB, Galveston, TX, August 2018
**Invited Speaker**: National Center of Public Health, Ulaanbaatar, September 2018
**Invited Speaker**: Occupational Safety and Health Center, Ulaanbaatar, September 2018.
**Lecturer**: NMUMS, Ulaanbaatar, September 2018
**Trainer**: Occupational Physicians, Ulaanbaatar, September 2018
**Member**: Advisory Committee, Center for Expertise for Asbestos & Fibers, The Netherlands, 2018-
**Scientific Program Monitor**: Collegium Ramazzini Meeting, Italy, November 2018
**Academic Program Advisor**: MAMC, New Delhi, India, December 2018
**Invited Speaker**: Session Chair, Scientific Program Committee Air Pollution and Climate Change Conference, MAMC, New Delhi, India, December 14-15, 2018
**Member**: Faculty of Asbestos Assessment and Management, BOHS, 2019-
**Invited Speaker**: NEERI, Nagpur, India, January 2019
**Invited Speaker**: Jindal Steel, Vijayanagar, India, February 2019
**Invited Speaker**: ADAO Conference, Washington, DC, April 2019
**Invited Speaker**: Global Health Program Conference, Drexel University, May 2, 2019
**Invited Speaker**: National University of Colombia, School of Public Health, Bogota, May 6, 2019
**Invited Speaker**: National University of Colombia Press, Book Fair Presentation, May 6, 2019
**Invited Speaker**: Hospital of National University of Colombia, Bogota, May 7, 2019
**Invited Speaker**: Resident's Pulmonary Conference Hahnemann Hospital, May 24, 2019
**Invited Speaker**: Peking University School of Public Health, June 2019

**Invited Speaker**: MNUMS – SPH, Ulaanbaatar, Mongolia, June 2019
**Invited Speaker**: Health and Safety Staff, Oyu Tolgoi Mine, Mongolia, June 2019
**Invited Speaker**: Amity University Lucknow, India, September 2019
**Invited Speaker**: Dr. Ram Manohar Lohia Institute of Medical Sciences, September 2019
**Invited Speaker**: Amity University, Haryana, India, September 2019
**Invited Speaker**: Indian Institute of Technology, Delhi, India, September 2019
**Invited Speaker**: Clean and Green Environmental Society Seminar on "Environment and Health", Lucknow, India, September 2019
**Invited Speaker**: International Symposium on Air Pollution – Causes, Mitigation & Strategic Planning, Amity University, Haryana, September 2019
**Associate Editor**: European Journal of Oncology, Occupational and Environmental Health, 2019 –
**Invited Speaker**: Institute Für Arbeitsmedizin, Sozialmedizin und Umweltmedizin, Frankfurt, Germany, October 2019
**Presenter**: Radiographic Changes in Colombian Asbestos Factory Workers, Collegium Ramazzini Meeting, October 2019
**Invited Speaker**: Member International Scientific Planning Committee, Session Chair, and Speaker. 15th International Symposium on Metal Ions & Organic Pollutants in Biology, Medicine and Environment. NEERI, Nagpur, India, October 2019

## PLANNED ACTIVITIES

**Invited Speaker**: European Asbestos Forum, Amsterdam, November 2019
**Invited Speaker**: ILO Training Course, Bogota, Colombia, December 2019
**Invited Speaker**: Asbestos Safety and Eradication Agency, Sydney, Australia, March 2020
**Invited Speaker**: Asbestos Disease Research Institute, University of Sydney, March 2020

**BOOKS, REVIEWS, AND BOOK CHAPTERS**

1. Trump BF, McDowell EM, Barrett LA, Frank A, Harris C. Studies of Ultrastructure. Cytochemistry and Organ Culture of Human Brochial Epithelium. In *Experimental Respiratory Carcinogenesis and Bioassays*. New York: Springer-Verlag, 1974, p. 548-563.

2. Harris C, Autrup H, Van Haaften C, Connor R, Frank A, Barrett L, McDowell E, Trump B. Inhibition of Benzo(a)pyrene Binding to DNA in Cultured Human Bronchi. In *Proc 3rd Int Symposium Cancer Detection and Prevention*, Part I, Vol 2, Nieburgs H. (Ed). Amsterdam: Excerpta Medica, 1977, p. 1359-1364.

3. Frank AL. Occupational Lung Cancer. In *Pathogenesis and Therapy of Lung Cancer*, Harris C. (Ed.) New York: M. Dekker, Inc., 1978, p. 25-51.

4. Frank AL. In *Public Health and Preventive Medicine*, 11th Edition, Last J. (Ed.) New York: Appleton-Century-Crofts, 1980. a. Arsenic, p. 660-662; b. Antimony, p. 681; c. Thorium, p. 681-682; d. Benzidine, The Napthylamines, and Miscellaneous Carcinogenic Compounds, p. 751-755; e. Non-Ionizing Radiation, p. 777-787.

5. Frank AL. *Cancer*. New York: Matthew Bender and Co., 1978.

6. Frank AL, Spigelman M. Lung Cancer. In *Cancer*. New York: Matthew Bender and Co., 1980, p. 1-51.

7. Frank AL. *Asbestosis*. New York: Matthew Bender and Co., 1980, p. 1-51.

8. Frank AL. Definition of Preventive Medicine. In *Charting Graduate Education in Preventive Medicine*, Byrd B. (Ed). Washington, DC: American College of Preventive Medicine, 1980, p. 7-8.

9. Frank AL. Asbestos-Induced Changes in Hamster Trachea Organ Culture. In *The In-Vitro Effects of Mineral Dusts*. Brown R, et al. (Eds). London: Academic Press, 1980, p. 235-240.

10. Wade MJ, Lipkin LE, Stanton MF, Frank AL. P388D$_1$ In-Vitro Cytotoxicity as Applied to Asbestos and Other Minerals: Its Possible Relevance to Carcinogenicity. In *The In-Vitro Effects of Mineral Dusts*, Brown R, et al. (Eds). London: Academic Press, 1980, p. 351-358.

11. Frank AL. Health Effects of Fibers. *National Academy of Sciences Report on Indoor Air Pollutions*, Washington, DC, 1981.

12. Frank AL. Occupational and Environmental Exposure. In *An Introduction to Physical Diagnosis*. Swartz M (Ed). New York: Raven Press, 1981, p. 303-311.

13. Frank AL, Spigelman M. Blood-Related Malignancies. In *Cancer*. New York: Matthew Bender & Co., 1981, p. 1-123.

14. Frank AL. The Hospital as an Environmental Health Resource. In *Principles of Hospital-Based Ambulatory Care*, Pascarelli EF (Ed) New York: Appleton-Century-Crofts, 1982, p. 309-314.

15. Frank AL, Spigelman M. Cancer of the Liver, Gall Bladder, and Bile Ducts. In *Cancer*. New York: Matthew Bender and Co., 1982, p.1-43.

16. Frank AL, Spigelman M. Cancer of the Pancreas. In *Cancer*. New York: Matthew Bender and Co., 1982, p. l-22.

17. Frank AL. The Etiology and Epidemiology of Lung Cancer. *Clin in Chest Med* 3:219-228, 1982.

18. Frank AL. The Occupational History. In *Environmental and Occupational Medicine*, Rom W (Ed). Boston: Little, Brown, and Co., 1982, p. 2l-26.

19. Frank AL, Spigelman M. Cancers of the Digestive Tract. In *Cancer*. New York: Matthew Bender and Co., 1983, p. l-l08.

20. Frank AL, Spigelman M. Cancers of the Urinary System. In *Cancer*. New York: Matthew Bender and Co., 1983, p. l-62.

21. Frank AL, Spigelman M. Cancer of the Female Reproductive Organs. In *Cancer*. New York: Matthew Bender and Co. 1984, p. 1-80.

22. Frank AL. Diethylstilbesterol. In *Cancer*. New York: Matthew Bender and Co., 1984, p. 1-15.

23. Frank AL, Spigelman M. Cancer of the Breast. In *Cancer*. New York: Matthew Bender and Co., 1984, p. 1-51.

24. Frank AL, Spigelman M. Cancer of the Head and Neck. In *Cancer*. New York: Matthew Bender and Co., 1984, p. 1-32.

25. Frank AL, Spigelman M. Specific Cancers of the Head and Neck. In *Cancer*. New York: Matthew Bender and Co., 1985, p. 1-36.

26. Frank AL, Spigelman M. Cancer of the Brain and Nervous System. In *Cancer*. New York: Matthew Bender and Co., 1985, p. 1-82.

27. Frank AL, Spigelman M. Sarcomas of Soft Tissue and Bone. In *Cancer*. New York: Matthew Bender and Co., 1985, p. 1-60.

28. Frank AL. a. The Status of Environmental Health, p. 495-497. b. Non-Ionizing Radiation (with L. Slesin), p. 714-726. In *Public Health and Preventive Medicine*, 12th Edition, Last J (Ed) Norwalk, CT: Appleton-Century-Crofts, 1985.

29. Frank AL, Spigelman M. Cancer of the Skin: Melanoma. In *Cancer*. New York: Matthew Bender and Co., 1986, p. 1-51.

30. Frank AL, Spigelman M. Cancer in Children. In *Cancer*. New York: Matthew Bender and Co., 1986, p. 1-30.

31. Frank AL, Spigelman M. Non-Melanotic Skin Cancer. In *Cancer*. New York: Matthew Bender and Co., 1987, p. 1-29.

32. Frank AL. Occupational Medicine. In *Encyclopaedia Britannica Medical and Health Annual 1987*. Chicago: Encyclopaedia Britannica, 1986, p. 404-408.

33. Frank AL. Occupational Cancers of the Respiratory Tract. In *State of the Art Reviews - Occupational Medicine: Occupational Cancer and Carcinogenesis*. Brandt-Rauf PW (Ed). Philadelphia: Hanley & Belfus, 1987, p. 71-83.

34. Frank AL, Spigelman M. Mesothelioma. In *Cancer*. New York: Matthew Bender and Co., 1987, p. 1-29.

35. Frank AL, Spigelman M. Cancer Chemotherapy. In *Cancer*. New York: Matthew Bender and Co, 1987, p. 1-20.

36. Frank AL. Smokeless Tobacco. In *Cancer*. New York: Matthew Bender and Co, 1987, p. 1-28.

37. Frank AL. Environmental and Occupational Health. In *Encyclopaedia Britannica 1988 Medical and Health Annual*. Chicago: Encyclopaedia Britannica, 1987, p. 295-299.

38. Frank AL. The Epidemiology of Lung Cancer. In *Thoracic Oncology*. JA Roth, JC Ruckdeschel, TH Weisenburger (Eds.). Philadelphia: W.B. Saunders, 1989, p. 6-15.

39. Frank AL. Occupational Cancers of the Respiratory System. In *Seminars in Occupational Medicine*. Brandt-Rauf PW (Ed), p. 257-266, 1987.

40. Spigelman M, Frank AL. Oncologic Emergencies. In *Cancer*. New York: Matthew Bender and Co., p. 1-143, 1988.

41. Frank AL. The Epidemiology and Etiology of Lung Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-13, 1988.

42. Frank AL. Environmental and Occupational Health. In *Encyclopaedia Britannica 1989 Medical and Health Annual*. Chicago: Encyclopaedia Britannica, p. 304-308, 1988.

43. Frank AL. Cancer and AIDS. In *Cancer*. New York: Matthew Bender and Co., p. 1-54, 1988.

44. Spigelman M, Frank AL. Breast Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-60, 1989.

45. Frank AL. Environmental and Occupational Health. In *Encyclopaedia Britannica 1990 Medical and Health Annual*. Chicago: Encyclopaedia Britannica, 1989, p. 306-310.

46. Spigelman M, Frank AL. Complications of Cancer Treatment. In *Cancer*. New York: Matthew Bender and Co., p. 1-30, 1989.

47. Frank AL, Spigelman M. The Basics of Cancer Epidemiology. In *Cancer*. New York: Matthew Bender and Co., p. 1-35, 1989.

48. Frank AL, Spigelman M. Cancer and Bone Marrow Transplantation. In *Cancer*. New York: Matthew Bender and Co., p. 1-27, 1990.

49. Frank AL. Laboratory Models in the Study of Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-13, 1991.

50. Frank AL. Carcinogen Update. In *Cancer*. New York: Matthew Bender and Co., p. 1-20, 1990.

51. Frank AL. The Economics of Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-40, 1990.

52. Frank AL. Cancer and Tobacco Use. In *Cancer*. New York: Matthew Bender and Co., p. 1-14, 1991.

53. Frank AL. Genetics and Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-9, 1991.

54. Frank AL. Host Factors and the Development of Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-9, 1991.

55. Frank AL. Screening for Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-35, 1991.

56. Frank AL. Environmental and Occupational Health. In *Encyclopaedia Britannica 1992 Medical and Health Annual*. Chicago: Encyclopaedia Britannica, 1991, p. 359-363.

57. Frank AL. a. The Status of Environmental Health, p. 313-314. b. Nonionizing Radiation (with L. Slesin), p. 513-522. In *Public Health and Preventive Medicine*, 13th Edition, Last J, Wallace RB (Eds). New York: Appleton and Lange, 1991.

58. Frank AL. The Cancer Specialist. In *Cancer*. New York: Matthew Bender and Co., p. 1-15, 1992.

59. Frank AL. Carcinogen Update. In *Cancer*. New York: Matthew Bender and Co., p. 1-31, 1992.

60. Frank AL. The Occupational and Environmental History and Examination. In *Environmental and Occupational Medicine*, 2nd Edition. Rom, W. (Editor). Boston: Little, Brown & Company, 1992, p. 29-34.

61. Frank AL. Taking an Exposure History. (Guest Contributor) ATSDR *Case Studies in Environmental Medicine*, Number 26, 1992.

62. Frank AL. Case study. Health and Risk. In Stutsman R., Ed., From Rio to the Capitals: State Strategies for Sustainable Development. Proceedings of a Conference, May 25-28, 1993, pp. 123-124, 1994.

63. Frank AL. Qualitätsforderungen an den betrieblichen Gesundheitsschutz. In proceedings of a conference on Total Quality Management held at the Bundesanstalt für Arbeitsschutz, Dortmund, Germany, December 7, 1993. Pages 221-225, 1994.

64. Frank AL. Failure of Prevention in the Workplace and the Added Outrage of "Revisionist" Science. In Mehlman, M., Upton, A (Eds.) *The Identification and Control of Environmental and Occupational Diseases: Asbestos and Cancers. Vol XXIII, Advances in Modern Environmental Toxicology.* Princeton: Princeton Scientific Publishing Co., Inc., 1994, pp., 549-557.

65. Frank AL. The Environmental History. In *Environmental Medicine*, Brooks, S. (Ed) St. Louis: Mosby, 1995, p.232-239.

66. Frank AL. Occupational and Environmental Medicine. In Seltzer, V., Pearse,W.(Eds) *Primary Health Care for Women: Guidelines for Care in the Office Setting.*N.Y.; McGraw-Hill, Inc., 1995, pp 747-751.

67. Frank AL, Dodson RF, Williams MG. Lack of Tremolite in UICC Reference Chrysotile and the Implication for Carcinogenicity. In Cherry N, Ogden T (Eds) Inhaled Particles VIII. Oxford; Pergamon, 1997, pp. 287-292.

68. Frank AL. The Status of Environmental Health. In Wallace RB (Ed.) *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 14th edition. Stanford, CT:Appleton and Lange, 1998, pp 413-414.

69. Frank AL, Slesin L. Nonionizing Radiation. In Wallace RB (Ed.) *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 14th edition. Stamford, CT: Appleton and Lange, 1998, pp 627-635.

70. Frank AL, Occupational and Environmental Medicine. In Seltzer, V., Pearse, W. (Eds) Primary Health Care for Women: Guidelines for care in the office setting. 2nd edition NY.; McGraw-Hill, Inc. 1999, pp 1125 - 1130.

71. Frank, AL, Section Editor, Occupational and Environmental Medicine Self-Assessment Review. McCunney RJ, Rountree PP (Eds) Philadelphia: Lippencott-Raven, 1998.

72. Frank, AL, "Occupational Safety and Health", McMillan Encyclopedia of Preventive Medicine, Carpal Tunnel Syndrome, Cumulative Trauma; Fair Labor Standards Act; Mesothelioma; Mining; Noise; Occupational Disease; Occupational Lung Disease; Occupational Safety and Health; Worksite Drug Testing, 2002.

73. Frank, AL, "Approach to the Patient with an Occupational or Environmental Illness", Primary Care: Clinics in Office Practice, 2000, 27: 877-893.

74. Frank, AL, "Occupational Cancer". In McCunney R (Ed.) A Practical Approach to Occupational and Environmental Medicine, 3rd ed, Balt., Lipincott William & Wilkins, 2003. pp 332-341.

75. Frank, AL, Li L, Cao W, Pang Z, Zhang Z, Zhang H. "Radiographic evidence of asbestos disease in Chinese factory workers", Ann Occ Hyg 46 (suppl 1): 154-156, 2002.

76. Frank, AL, Beaty R, Levin JL. "Cigarette smoke as a cause of small irregular opacities on chest radiographs". Ann Occ Hyg 46(Suppl 1): 118-120, 2002.

77. Frank, AL. Medical Supplement Vol. 1A, Source book on Asbestos Diseases, Medical Aspects, Matthew Bender, 2003, pp1-75.

78. Frank, AL, McKnight, R, Kirkhorn, S, Gunderson, P. Issues in agricultural safety and health. Ann Rev of Public Health, 2004, 25: 225-45.

79. Frank, AL, The History of the Extraction and Use of Asbestos, In: Asbestos. Risk Assessment, Epidemiology and Health Effects. R. Dodson and S. Hammar eds., Francis & Taylor, Boca Raton, pp 1-7, 2005.

80. Frank, AL. Environment and Health, Public Health and Building of a Harmonious Society, Beijing Forum (2005) Organizing Committee, Beijing, P.R.C., 2005 pp. 60-66.

81. Frank, AL. The Status of Environmental Health. In Wallace RB (Ed.), Maxcy-Rosenau – Last Public Health and Preventive Medicine 15th ed., 2007, pp 503-4.

82. Frank, AL, Slesin, L. Non-ionizing Radiation. In Wallace RB (Ed.) Maxcy-Rosenau – Last Public Health and Preventive Medicine 15th ed., 2007 pp. 743-47.

83. Frank, AL. Asbestos. In Toxicology and Risk Assessment, Fan, A, Alexeef, G, Khan, E. eds. Pan Stanford Publishing, Singapore, pp 629-658, 2015

**ARTICLES**

1. Frank AL. Holyoke ED.  Tumor fluid thromboplastin activity.  *Int J Ca* 3:677-682, 1968.

2. Holyoke ED, Frank AL, Weiss L.  Tumor fluid thromboplastin activity in-vitro.  *Int J Ca* 9:258-262, 1971.

3. Harris C, Genta V, Frank AL, Kaufman D, Barrett L, McDowell E, Trump B.  Carcinogenic polynuclear hydrocarbons bind to DNA in Cultured Human Bronchi.  *Nature* 252:68-69, 1974.

4. Barrett LA, McDowell EM, Frank AL, Harris CC, Trump BF. Long-term organ culture of human bronchial epithelium.  *Cancer Res* 36: 1003-1010, 1976.

5. Harris CC, Frank AL, VanHaaften C, Kaufman DG, Conner R, Jackson F, Barrett LA, McDowell EM, Trump BF.  Binding of ($H^3$) benzo(a)pyrene to DNA in cultured human bronchus.  *Cancer Res* 36:1011-1018, 1976.

6. Wade MJ, Lipkin LE, Tucker RW, Frank AL.  Asbestos cytotoxicity in a long-term macrophage-like cell culture.  *Nature* 264:244-245, 1976.

7. Wade MJ, Frank AL, Lipkin LE.  Studies in in-vitro asbestos cell interaction.  *J Env Path Tox* 2:1029-1039, 1979.

8. Frank AL, Rohl AN, Wade MJ, Lipkin LE.  Biological activity in vitro of chrysotile compared to its quarried parent rock (platy serpentine).  *J Env Path Tox* 2:1041-1047, 1979.

9. Frank AL.  Public health significance of smoking-asbestos interactions.  *Ann NY Acad Sci,* 330:791-794, 1979.

10. Frank AL.  Clinical observations following asbestos exposure.  *Env Health Persp* 34:27-30, 1980.

11. Ward J, Frank AL, Wenk M, Devor D, Tarone RE.  Ingested asbestos and intestinal carcinogenesis in F344 rats.  *J Env Path Tox* 3:301-312, 1980.

12. Nicholson W, Lilis R, Frank AL, Selikoff IJ.  Lung cancer prevalence among shipyard workers.  *Am J Ind Med* 1:191-203, 1980.

13. Frank AL.  The insidious attackers:  asbestos-related diseases.  *Resp Therapy* 12:145-147, 1981.

14. Frank AL.  Epidemiology of VDT-related conditions.  *Ophth Times* 6:1, 1981.

15. Selikoff IJ, Frank AL.  Keynote Address:  Potential of *in vitro* tests in asbestos-related problems.  *Env Health Perspect* 51:1-4, 1983.

16. Frank AL.  Occupational medicine.  *JAMA* 254:2333-34, 1985.  (Also translated into Chinese and Japanese language editions of *JAMA*)

17. Frank AL.  Asbestos as an air pollutant and synergism with smoking.  *Can Det and Prev* 9:337-341, 1986.

18. Frank AL. Identification and surveillance of individuals at high risk. *Can Det and Prev* 9:429-434, 1986.

19. van Nagell JR, Dudik LM, Frank AL, et al. Cervical cancer. *Southern Medical Journal* 80:75-81, 1987.

20. Paz JD, Milliken R, Ingram WT, Frank AL, Atkin A. Potential ocular damage from microwave exposure during electrosurgery: dosimetric survey. *J Occup Med* 29:580-583, 1987.

21. Leigh JP, Frank AL. Gas taxes and motor vehicle fatalities. *J Health Politics and Law* 13:723-734, 1988.

22. Johnson TP, Frank AL, Houghland JG, et al. Health experiences and behaviors among Appalachian and non-Appalachian Kentuckians: Results from the Kentucky Health Survey. In *Health in Appalachia: Proceedings from the 1988 Conference on Appalachia.* Lexington, KY: University of Kentucky Appalachian Center, 1989, p. 63-75

23. Frank AL. Special health problems in Appalachia. In *Health in Appalachia: Proceedings from the 1988 Conference on Appalachia.* Lexington, KY: University of Kentucky Appalachian Center, 1989, p. 187.

24. Luce EA, Frank AL, Kilner JF, et al. Lingering death from squamous cell carcinoma of the face. *Hospital Practice* 24:60-72, October 30, 1989.

25. Frank AL. Occupational medicine. *JAMA* 263:2665-2667, 1990.

26. Frank, AL. Occupational cancers of the respiratory system. Historical and international perspectives. (Part I). *East Texas Medicine* 2:36-38, 1990.

27. Frank, AL. Occupational cancers of the respiratory system. Historical and international perspectives. (Part II). *East Texas Medicine* 2:42-52, 1990.

28. Hager DW, Bird M, Callahan JC, Frank AL, David ML, Engleberg J. Promiscuity and public health: some clinical and ethical issues. *Hospital Practice* 25:63-78, 1990.

29. Frank AL, Reynolds, HT, Kluck C, and Cole H. University partnership for worksite medical programs with industry. *VIIth International Pneumoconiosis Conference*, NIOSH, USDHHS, pp. 813-815, 1990.

30. Frank AL. Occupational and environmental medicine. *JAMA Contempo* 258, 385-386, 1992.

31. Frank AL. Introduction. A Special Issue Dedicated to the Memory of I.J. Selikoff. *Env Res* 59:1-22, 1992.

32. Frank AL. The Academic Legacy of Kurt W. Deuschle. *Mt. Sinai J Med* 59:447-449, 1992.

33. Cole HP, Rubeck RF, Lin BC, Taylor R, Lineberry GT, Frank AL, Wala AM, Haley JV. Four Interactive Computer Administered Problem-Solving Simulations for Teaching Critical Health and Safety Skills to Mining Industry Workers. Final Report to U.S. Bureau of Mines, mining and Minerals Institute Title III Grant (No. G-1114121), 1992.

34. Frank AL. Global problems from exposure to asbestos. *Environmental Health Perspectives*, Vol. 101, (Suppl. 3): 165-167, 1993.

35. Kelafant G, Kasarskis E, Horstman SW, Cohen C, Frank AL. Arsenic poisoning in central Kentucky: A case report. *Am J Ind Med*, 24:723-726, 1993.

36. Cohen C, Frank AL. Liver disease following occupational exposure to 1-1-1 trichloroethane - a case report. *Am J Ind Med*, 26:237-241, 1994.

37. Frank AL. Invited commentary regarding the number of occupational medicine residencies in the U.S. *JOM*, 36:675-677, 1994.

38. Frank AL. Medical and public health approaches to asbestos disease. *Mt Sinai J Med.* 62:401-405, 1995.

39. Frank AL. The use of asbestos in Japan and China and malignancy related findings. *Med Lav* 86:457-460, 1995.

40. Frank AL. Asbestos mineralogic analysis as indicator of carcinogenic risk. *Med Lav* 86:490-495, 1995.

41. Prince TS, Frank AL. Causation, impairment, disability: an analysis of coal workers pneumoconiosis evaluations. *JOEM*, 38:77-82, 1996.

42. Levin JL, Frank AL, Williams MG, McConnell W, Suzuki Y, Dodson RF. Kaolinosis in a cotton mill worker. *Am J Ind Med,* 29:215-221, 1996.

43. Frank AL. Scientific and ethical aspects of human monitoring. *Env Health Persp* 104 (Suppl 3):659-662, 1996.

44. Frank AL. Prevention into the 21st Century. *Mt Sinai J Med*, 63 :236-240, 1996.

45. Prince TS, Frank AL. Unexpected opportunities: Incidental findings detected during impairment evaluations for coal workers' pneumoconiosis. *S Med J,* 90:413-415,1997.

46. Frank AL. The riddle of risk assessment in asbestos carcinogenicity. Med Lav, 88:333-338, 1997.

47. Frank AL. Rapporteur Report: Pesticides, Ergonomics, priority assessment. J Agromed 4:147-150, 1997.

48. Levin JL, McLarty JW, Hurst GA, Smith AN, Frank AL. Tyler Asbestos workers: mortality experience in a cohort exposed to amosite. Occupational and Environmental Medicine, 55:155-160, 1998.

49. Frank AL. Issues of agricultural safety and health. European J. Oncol, 3:357-359, 1998.

50. Frank AL. The carcinogenicity of man-made fibers. European J. Oncol, 3:211-212, 1998.

51. Frank AL, Dodson RF. Laboratory assessment of fibers. European J. Oncol. 3:339-341, 1998.

52. Frank AL, Dodson RF, Williams MG. Carcinogenic implications of the lack of tremolite in UICC reference chrysotile. Am J Industrial Med 34:314-317, 1998.

53. Frank AL, Gilmore K. Childhood agricultural hazards and their prevention. European J. Oncol, 4:637-639, 1999.

54. Lowry LK, Frank AL. Exporting DBCP and other banned pesticides: consideration of ethical issues. Int J Occup Environ Health 5:135-141. 1999.

55. Kersh FW, Frank AL. Environmental awareness among physicians: what are environmental health and environmental medicine. Texas Medicine 95:39-44, 1999.

56. Frank AL. Ethical aspects of genetic testing. Mutation Research 428:285-290, 1999.

57. Frank, AL. Injuries related to shiftwork. Am J Prev Med 18 (4S): 33 – 36, 2000.

58. Frank, AL, Hubert, D, Gilmore, K. Occupational safety and health in the agricultural setting. European J. Oncol, 5:21-23, 2000.

59. Frank, AL. The ethics of exposure and the role of the Collegium Ramazzini. European J. Oncol, 5:143-145, 2000.

60. Hubert, D, Frank, AL, Igo, C. Environmental and agricultural literacy education. Water, Air and Soil Pollution, 123:525-532, 2000.

61. Frank, AL. Ethical and practical aspects of human studies. Mut. Res., 480-1: 333-336, 2001.

62. Frank, AL. Child labor and occupational cancer. European J. Oncol. 6: 133-134, 2001.

63. LaDou, J, Landrigan, P, Bailer, JC, Foa, V, Frank AL. Commentary: A call for an international ban on asbestos. Can. Med. A. J., 164: 489 – 490, 2001.

64. Frank, AL. Translating science into action: The global battle to ban asbestos. European J. Oncol. 7: 9-11, 2002.

65. 65.Ashford, N.A., Castleman B., Frank A.L., et al. The International Commission on Occupational Health (ICOH) and its influence on international organizations. Int. J. Occup. Environ. Health, 8:156-162, 2002.

66. Perez, HR, Frank, AL, Zimmerman, NJ. Health effects associated with organic dust exposure during the handling of municipal solid waste. Indoor and Built Env. 15 (3): 207-212, 2006.

67. LaDou, J, Teitelbaum, DT, Egilman, DS, Frank, AL, Kramer, SN, Huff, J, American College of Occupational and Environmental Medicine (ACOEM): a professional association in service to industry. Int J Occup Environ Health 13(4): 404-26,2007.

68. Frank, AL, Pang, Z, Zhang H, Zhang Y, Mesothelioma Patterns in Qingdao, 2000-2007 J. Phys. Conference Series 151:012007, 2009.

69. Richter, ED, Blum, R, Castleman, B, Frank, A, Stanton, GH. Ecocide: A Crime Against Humanity, Collegium Ramazzini On-Line Journal pp 1-15, 2008.

70. Frank, AL. The Continuing Challenge of Working in Developing Countries, Collegium Ramazzini On Line Journal pp1-7, 2008.

71. Seaman, V, Dearwent, SM, Gable, D, et al. A multidisciplinary investigation of a polycythemia vera cancer cluster of unknown origin. Int. J. Environ. Res. Public Health 7 (3):1139-1152, 2010.

72. LaDou, J, Castleman, B, Frank, A, et al. The case for a global ban on asbestos. Environ. Health Perspect. 118:897-901, 2010.

73. Leavey, A, Frank, AL, Pinson, B, Shepherd, S, Burstyn, I. Hypothyrodism among former workers of a nuclear weapons facility. Am J Ind Med. 54:955-964, 2011

74. Frank, AL, Liebman, AK, Ryder, R, Weir, M, Arcury, TA. Health Care access and healthcare workforce for immigrant workers. Am J Ind. Med. 56:960-974, 2013.

75. Lipsman, J, Frank, AL. Attack on protections against air pollution. American Journal of Preventive Medicine (Editorial), Am J Prev Med. 41:645-647, 2011.

76. Frank, AL., Stein, Y., Joshi, TK. Short report of the International Conference on "Emerging Trends in Preventing Occupational Respiratory Diseases and Cancer in the Workforce" held in New Delhi, March 22-24, 2011. Eur J Oncol 16: 171-172, 2011.

77. Agiular, MG, Beauday, M, Bell, W. et al. Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile use is not safe and must be banned. Arch Environ Occup Health. 68:243-249, 2013.

78. Frank, AL. Why countries ban asbestos: some alternative thoughts. IJOEH 19:136, 2013.

79. Frank, AL, Joshi, TK. The global spread of asbestos. Annals of Global Health 80:257-262, 2014.

80. Lemen, RA, Frank, AL, Soskolne CL, Weiss, SH, Castleman, BI. Asbestos exposure during home renovation in New South Wales. Med J Aust. 200:315, 2014.

81. Damiran, N, Frank AL et al. Exposure to airborne asbestos in thermal power plants in Mongolia. Int J Occ Env Health, 21:137-141, 2015.

82. Damiran, N, Frank, AL et al. Mesothelioma in Mongolia: Case report. Int J Occ Env Health, 21:166-168, 2015.

83. Heavner, K, Gross-Davis, C, Frank, A, Newschaffer, C, Klotz, J, Burstyn, I. Working environment and myeloproliferative neoplasms: a population-based case-control study following a cluster investigation. Am J Ind Med 58:595-604, 2015

84. Gross-Davis, CA, Heavney, K, Frank, AL, Newschaffer, C, Klotz, J, Santella, R, Burstyn, I. The role of genotypes that modify the toxicity of chemical mutagens in the risk for myeloproliferative neoplasms. Int J Env Res and Public Health-74964, doi:10.3390/OJERPH120302465

85. Ling-li Ye; Guang-hui Zhang; Jing-wen Huang; Yong Li; Guo-giao Zheng; De-ting Zhang; Li-fang Zhuo; Xi-dan Tao; Jing Zhang; Yun-jie Ye; Pin Sun; Arthur Frank; Zhao-lin Xia. Are polymorphisms in metabolism protective or a risk for reduced white blood cell counts in a Chinese population with low occupational benzene exposures? Int J Occ Env Health Volume 21, Issue 3 (July-September 2015), pp. 232-240. doi:org/10.1179/20493967144.0000000091.

86. Frank AL, Asbestos-related diseases: still a concern in emerging economies in the absence of an international ban. Curr Resp Med Rev. 12:27-32, 2016 doi: 10.2174/1573398X11666151026222515

87. Baur X, Frank AL, Budnik LT et al. Collegium Ramazzini: Comments on the 2014 Helsinki Consensus Report on Asbestos Am J Ind Med 59:591-594, 2016 doi:10.1002/AJIM. 22595

88. Liu L, Yang X, Liu H, Wang M, Welles S, Marquez S, Frank A, Haas C. Spatial-Temporal Analysis of Air Pollution, Climate Change, and Total Mortality in 120 Cities of China, 2012-2013. Front Public Health 18 July 2016. doi.org10.3389/fpobh.2016.00143

89. Zhang, H, Xu, C, Wang, H, Frank, AL. Heath Effects of Manganese Exposures for Welders in Quingdao City, China. Int J Occ Med Env Health, doi.org/10.13075/ijomeh.1896.00694

90. Cullinan, P, Munoz, X, Suojalehto, H, Agius, R, Jindal, S, Sigsgaard, T, Blomberg, A, Charpin, D, Annesi-Maesano, I, Gulati, M, Kim, Y, Frank AL, Akgun, M, Fishwick, D, de la Hoz, Re, Moitra, S. Occupational lung diseases: from old and novel exposures to effective preventive strategies, The Lancet Respiratory Medicine published online January 6, 2017, dx.doi.org/10.1016/S2213-260030424-6

91. Bauer, X, Woitowitz, H-J, Budnik, LT, Egilman, D, Oliver, C, Frank, A, Soskolne, CL, Landrigan, PJ, Lemen, RA. Asbestos, asbestosis, and cancer: The Helsinki criteria for diagnosis and attribution. Critical need for revision of the 2014 update. Am J Ind Med 60:411-412, 2017 doi: 10.1002/AJIM.22709

92. Phillips, A, Frank, A, Loftin, C, Shepherd, S. A Detailed Review of Systems: An Educational Feature. The J for Nurse Practitioners 13:681-686, 2017 doi.org/10.1016/J.NurPra. 2017.08.012

93. Oliver, LC, Bellpoggi, F, Budnik, LT, Egilman, D, Frank, AL, Mandrioli, D, Soskolne, CL, Terracini, B, Welch, L, Baur, X. The asbestos fibre burden in human beings: new insights into the chrysotile debate. Eur Resp J. 50(6) 1701644, 2017 doi:10.1183/13993003.01644

94. Naransukh, D, Frank, AL. Asbestos consumption in Mongolia: 196-2014. Int J Env Res Pub Health, 15:136, 2018; doi:10. 3390/ijerph 1501036

95. Ren, Jing-chao, WU, Yu-xia, Wu, Zhenzhen, Zhang, Guang-hui, Wang, Hongjian, Liu, Hongzhou, Cui, Jun-peng, Chen, Quing, Liu, Jinyi, Arthur, Frank, Cao, Jia, Xia,Zhao-lin, MTHFR Gene Polymorphism is associated with DNA hypomethylation and genetic damage among benzene-exposed workers in southeast China: Effects of MTHFR C677T on global DNA hypomethylation. JOEM 60(4)e188-e192(5), 2018, doi.org/10.1097/JOM.0000000000001288.

96. Liu, L, Yang, X, Wang, M, Long, Y, Shen, H, Mie, Y, Chen, L, Gud, H, Jia, F, Nelson, J, Song, G, Frank, A, Welles, S, Haas, C. Climate Change, Air Quality and Urban Health: Evidence From Urban Air Quality Surveillance System in 161 Cities of China 2014. J Geo Env Protection 6:117-130, 2018. Doi.org/10.4236/gep. 2018.63011

97. Frank, AL. The Occupational Dimension of Lung Cancer Screening. AJPH 108:1276-77, 2018 (Editorial) doi: 10/2015 AJPH.2018.304605

98. Frank, AL. Health, Safety and Employment. Salud Collectiva. 14(4):679-680, 2018. doi: 10.18294/sc. 2018.1989

99. Baur, X, Belpoggi, F, Budnik LT, Casteleyn, L, Frank, AL, Oliver, LC, Paek, D, Rosenman, K, Soskolne, CL, Wortorwitz, H-J. Letter to the Editor Concerning the Paper "Histological Findings and Lung Dust Analysis as the Basis for Occupational Disease Compensation in Asbestos-Related Lung Cancer in Germany. Int J Occ Med Env Health. 31(6):837-829, 2018. doi.org/10.13075/ijomeh.1896.01332

100. Fitzgerald S, Harty E, Joshi TF, Frank AL. Asbestos in commercial Indian talc. Am J Ind Med. 2019:1-8.   https://doi.org/10.1002/ajim.22969

101. Frank AL. On becoming a doctor. American Journal of Medicine. Accepted for publication 6/2/19.

102. Frank AL. A legacy of disease. J Appalachian Health 1(2): 80-5, 2019.

103. Wickramatillake BA, Fernando MA and Frank AL. Prevalence of asbestos-related disease among workers in Sri Lanka. Annals of Global Health. 2019; 85(1): 108, 1-5. doi: https://doi.org/10.5334/aogh.2575.

104. Frank AL, Vargas JRN, Villamizar G. Carta Al Editor. R Col de Neumologia 30(2):71-73, 2018.doi.org/10.30789/rcneumologia.v30.n2.2018.322.

**PUBLISHED ABSTRACTS**

1.  Trump B, McDowell E, Barrett L, Frank A, Harris C.  Organ Culture of Human Bronchi:  An In-Vitro Model to Study Respiratory Carcinogenesis.  *Eleventh International Cancer Congress*, 1975.

2.  Harris C, Kaufman D, Frank A, Barrett L, McDowell E, Trump B.  Activation of Chemical Carcinogens by Human Bronchial Epithelium in Organ Culture.  *Eleventh International Cancer Congress*, 1975.

3.  Harris C, Frank A, van Haaften C, Kaufman D, Barrett L, McDowell E, Trump B.  Metabolism of Carcinogenic Polynuclear Hydrocarbons (PNH) by Cultured Human Bronchial Mucosa.  *Proceedings of the Third Annual Carcinogenesis Collaborative Program*, 1975.

4.  Trump B, McDowell E, Barrett L, Sato R, Frank A, Harris C.  Human Bronchus: Organ Culture and Carcinogenesis Studies.  *Proceedings of the Third Annual Carcinogenesis Collaborative Program*, 1975.

5.  Frank AL, Sporn MB, Kaufman DG.  Hyperplasia of Hamster Tracheal Epithelium Caused by Amosite Asbestos in Organ Culture.  *Proceedings of the American Association for Cancer Research* 14:113, 1975.

6.  Barrett L, McDowell E, Frank A, Harris C, Trump B.  Reversal of ischemic cells injury and long-term storage of human bronchus (HB) and hamster trachea (HT).  *Fed Proc* 34:834, 1975.

7.  Trump B, McDowell E, Barrett L, Frank A, Harris C.  Ultrastructural, cytochemical, and metabolic studies on the pathogenesis of human bronchogenic carcinoma.  *Lab Invest* 32:50, 1975.

8.  Harris C, Frank A, Barrett L, McDowell E, Trump B, Paradise L, Boren H.  Cytokinetics in the respiratory epithelium of the hamster, cow, and man.  *J Cell Biol* 67:196a, 1975.

9.  Harris C, Autrup H, van Haaften C, Frank A, Barrett L, McDowell E, Trump B.  Inhibition of 3H-Benzo(a)pyrene Binding to DNA in Cultured Human Bronchial Mucosa.  *Proceedings of the Third International Symposium on Detection and Prevention of Cancer*, p. 311.

10.  Frank AL, Wade MJ, Lipkin LE.  Quantitation of macrophage cytoxicity after exposure to asbestos from quarried serpentine rock.  *Am Rev Resp Dis* 117: 232, 1978.

11.  Frank AL.  Ability of Hamster Trachea Cultures to Distinguish Particulate Carcinogens.  *Proceedings of the American Association for Cancer Research* 19:79, 1978.

12.  Frank AL.  The Use of Hamster Trachea Cultures to Assess Potential Particulate Carcinogens.  *XIX International Congress on Occupational Health* 242, 1978.

13.  Frank AL, Rohl AN, Wade MJ, Lipkin LE.  Quantitation of In Vitro Biological Activity of Asbestos from Quarried Serpentine Rock.  *XIX International Congress on Occupational Health* 243, 1978.

14.  Frank AL.  Asbestos as an air pollutant and synergism with smoking.  *VI International Symposium on Cancer Detection and Prevention*, ISPO, Vienna, Austria, 1984.

15. Frank AL. Identification and surveillance of individuals at high risk. *VI International Symposium on Cancer Detection and Prevention*, ISPO, Vienna, Austria, 1984.

16. Frank AL, Burmaster DR, Combs G, and Begley BJ. University-based occupational health services in Kentucky coal mines. *American Public Health Association 113th Annual Meeting* 1985, p. 252.

17. Frank AL, Reynolds, HT, Kluck C, and Cole H. University partnership for worksite medical programs with industry. *VIIth International Pneumoconiosis Conference*, August 23-26, 1988.

18. Frank, AL. Environmental Health Issues in Appalachia: An ounce of prevention is worth a pound of cure. *Conference Proceedings - Environment and Technology in Appalachia*. The Appalachian Center, University of Kentucky. p. 139-140, 1990.

19. Frank, AL. Global problems from exposure to asbestos. *1st International Conference on Environmental Mutagenesis in Human Populations at Risk*, Cairo, Egypt, January 20, 1992. Abstract No. 71.

20. Frank, AL. The Intersection of Two Ancient Problems: Silicosis and Tuberculosis, in press, 1995. (Infection Control and Hospital Epidemiology)

21. Frank, AL. Global transfer of occupational and environmental health risks. First International Congress of Minia, Egypt, April 2-4, 1995. Proceedings, p.60.

22. Frank, AL. Monitoring of exposed workers and communities--scientific and ethical considerations. 2nd International Conference on Environmental Mutagenesis in Human Populations at Risk, Prague, Czech Republic, August, 1995, F3-3.

23. Prince, TS, Frank, AL. Incidental findings detected during impairment evaluations for coal workers' pneumoconiosis. Southern Med J 88: S66-67, 1995.

24. Frank, AL, Dodson, RF, Williams, MG. Lack of tremolite in UICC reference chrysotile and the implications for carcinogenicity. Inhaled Particles VIII, p.140, 1996.

25. Levin, JL, McLarty J, Hurst, G., Frank, AL. Tyler asbestos workers' mortality update. 25th International Congress on Occupational Health, p.131, 1996.

26. Frank, AL. Ethical aspects of genetic testing. 3rd International Conference on Environmental Mutagenesis in Human Populations at Risk. Bangkok, Thailand, Dec., 1998.

27. Hubert, D., Frank, A., Igo, C. Environmental and agricultural literacy education. Proceedings of the 7th International Conference of the Israel Society for Ecology and Environmental Quality Sciences, 1999.

28. Frank, AL, Gilmore, K., Hubert, D. Children's health and safety in the agricultural environment. Proceedings of the 7th International Conference of the Israel Society for Ecology and Environmental Quality Sciences, 1999.

29. Frank, AL, Ethical and practical aspects of human studies. 7th International Conference on Mechanisms of Antimutagenesis and Anticarcinogensis, 2000.

30. Frank, AL. Synergistic Exposures. Conference on Impact of Biotechnology on Cancer Diagnostic and Prognostic Indicators, 2000. Can. Det. Prev. 24: (Supplement 2000) p. S164-5, 2000.

31. Frank, AL, Li L, Cao W, Pang Z, Zhang Z, Zhang H. Radiographic evidence of asbestos disease in Chinese factory workers. Inhaled Particles IX, 2001.

32. Frank, AL, Beaty R, Levin JL. Cigarette smoke as a cause of small irregular opacities on chest radiographs. Inhaled Particles IX, 2001.

33. Frank, AL. The study of asbestos use in China; Challenges and opportunities. Global Asbestos Congress, 2004

34. Frank, AL. Environment and Health. Beijing Forum 2005

35. Frank, AL. Science for sale. Asia Asbestos meeting 2006

36. Frank, AL. Prevention of Exposure to Hazardous Substances – Social and Ethical Issues. The 5th International Conference on Environmental Mutagens in Human Populations, 2007. P. 20.

37. Frank, AL, Pang Z, Zhang H, Zhang Y. Mesothelioma Patterns in Qingdao, PRC, 2000-2007. Inhaled Particles X, Sheffield, England, 2008

38. Leavey A, Frank AL, Pinson B, Shepherd S, Burstyn I. Hypothyroidism Among Former Workers of a Nuclear Weapons Facility (Pantex), Amarillo, Texas. The 22nd EPICOH International Conference on Epidemiology in Occupational Health. September 2011, Oxford, England. Occup Environ Med 68: A 86, 2011.

39. Gross-Davis, CA, Burstyn, I, Heavner, K, Klotz, J, Lycnh, A, Newschaffer, C, Santella, RM, Frank, AL. Occupational and genetic risk factors for myeloproliferative neoplasms (MPN): A case-control study. EPICOH, 2013.

40. Frank, AL, Zhang, H, Xu, C. Health effects of Manganese Exposure in Welders in Qingdao City, China. Inhaled Particles XI, 2013.

41. Damiran, N, Silbergeld, E, Frank, A, Oguntogos, L, Brysee, P. Exposure to airborne asbestos in thermal power plants in Mongolia. ACOH 2014.

42. Frank, AL, Overall implications for causal inferences and the public health if lung fiber burden is accepted as the gold standard. Collegium Ramazzini, Annual Ramazzini Days, 2016.

43. Frank, AL, Wickramallitake, A, Prevalence of Asbestos-Related Disease Among Workers in Sri Lanka. Inhaled Particles XII website, 2017

44. Frank, AL, Wickramallitake, A, Asbestos Disease in Sri Lanka, Collegium Ramazzini Meeting, 2017

45. Frank, AL, Villamizar, G, Bustillo, JG. Radiographic changes in Colombian asbestos factory workers. Collegium Ramazzini Meeting, Carpi, Italy, 2019.

46. Frank, AL, Zhang, H, Xu, C, Wang, H. Neurologic effects of manganese exposure. 15th International Symposium on Metal Ions & Organic Pollutants in Biology, Medicine, and Environment. Nagpur, India 2019.