IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT J. KRAUS and** : | **CIVIL ACTION** |
| **MARGARET M. KRAUS, h/w** : | |
| : | |
| **v.** : | |
| : | |
| **ALCATEL-LUCENT, ALLEN-BRADLEY** : | |
| **COMPANY, AMETEK, INC., BBC BROWN** : | |
| **BOVERI, k/n/a ABB, Inc., BELDEN WIRE** : | |
| **& CABLE COMPANY, LLC, CBS** : | |
| **CORPORATION, formerly known as** : | |
| **Westinghouse Electric Corporation,** : | |
| **CLARK CONTROLLER CO., ESPEY** : | |
| **MANUFACTURING & ELECTRONICS** : | |
| **CORP., FORD MOTOR CO., GENERAL** : | |
| **DYNAMICS, GENERAL ELECTRIC** : | |
| **COMPANY, GOULD ELECTRONICS,** : | |
| **INC., GTE PRODUCTS OF** : | |
| **CONNECTICUT CORPORATION,** : | |
| **HONEYWELL INTERNATIONAL,** : | |
| **HONEYWELL, INC., IMO INDUSTRIES,** : | |
| **INC., formerly known as DeLaval Steam** : | |
| **Turbine Company, ITT INDUSTRIES,** : | |
| **L-3 COMMUNICATIONS, LOCKHEED** : | |
| **MARTIN CORPORATION SERVICE** : | |
| **COMPANY, METROPOLITAN LIFE** : | |
| **INSURANCE CO., MINNESOTA MINING** : | |
| **AND MANUFACTURING, MOTOROLA** : | |
| **SOLUTIONS, NAVCOM DEFENSE** : | |
| **ELECTRONICS, NORTHROP GRUMMAN** : | |
| **NORDEN SYSTEMS, NORTHROP** : | |
| **GRUMMAN CORPORATION, PHILIPS** : | |
| **NORTH AMERICA, LLC, RAYTHEON,** : | |
| **ROCKBESTOS CO., ROCKWELL** : | |
| **COLLINS, INC., ROGERS** : | |
| **CORPORATION, SPACE SYSTEMS/** : | |
| **LORAL, SQUARE D COMPANY, UNISYS** : | |
| **and UNITED TECHNOLOGIES** : | **NO.   18-2119** |

**ORDER**

**NOW**, this 22nd day of January, 2020, several defendants having filed motions to preclude expert testimony, it is **ORDERED** that any party requesting a hearing on the

motions seeking to preclude the expert testimony of Harvey Spector, Arthur L. Frank, or Arthur W. Faherty shall file a notice of request for such a hearing no later than **January 28, 2020**.

    **IT IS FURTHER ORDERED** that the party or parties requesting a hearing shall bear the cost of the expert's appearing at the hearing.


                                        <u>/s/ TIMOTHY J. SAVAGE J.</u>